UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC. <br>                           Plaintiff, <br> v. <br> UNITED STATES DEPARTMENT OF EDUCATION, <br>                           Defendant. | Civil Action No. 18-1047 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 19, 2018, the parties, by and through undersigned counsel, respectfully submit the following status report:

1. This is an action under the Freedom of Information Act (FOIA) involving a FOIA request submitted to Defendant United States Department of Education (ED or the Defendant) on October 3, 2017. The request seeks records from three ED offices, related to an October 2, 2017 event in which ED was involved. As of the parties' last status report, a response was outstanding with respect to two agency offices: the Office of Communication and Outreach and the Office of the Secretary.

2. On August 6, 2018, Defendant produced the remaining responsive records, with redactions. Plaintiff has reviewed the production and identified approximately forty redactions invoking FOIA Exemption (5), 5 U.S.C. § 552(b)(5), as to which it seeks further information from Defendant. The parties will continue to discuss these redactions in an attempt to narrow or resolve this matter.

3. In light of the above, the parties propose that they provide a further status report to the Court on or before September 13, 2018, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (D.C. Bar No. 1020475)
Patrick D. Llewellyn (D.C. Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Counsel for Plaintiff


JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Jason T. Cohen
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
Jason.Cohen@usdoj.gov

Counsel for Defendant