UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC. <br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br> Defendant. | ) <br> ) <br> ) Civil Action No. 18-1047 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 13, 2018, the parties, by and through undersigned counsel, respectfully submit the following status report:

1. This is an action under the Freedom of Information Act (FOIA) involving a FOIA request submitted to Defendant United States Department of Education (ED or the Defendant) on October 3, 2017. The request seeks records from three ED offices, related to an October 2, 2017, event in which ED was involved.

2. On August 6, 2018, Defendant completed its production of responsive records, with redactions. On August 10, 2018, Plaintiff identified approximately forty redactions invoking FOIA Exemption 5, 5 U.S.C. § 552(b)(5), as to which it seeks further information from Defendant.

3. Defendant has not provided a response to this request, but indicates it will do so by September 19, 2018.

4. In light of the above, the parties propose that a further status report be filed on October 3, 2018. At that point, if any outstanding issues remain, the parties will propose a briefing schedule for cross-motions for summary judgment.

September 13, 2018                    Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (D.C. Bar No. 1020475)
Patrick D. Llewellyn (D.C. Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Counsel for Plaintiff


JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Jason T. Cohen
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
Jason.Cohen@usdoj.gov

Counsel for Defendant