UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　Defendant. | )<br>)<br>) Civil Action No. 18-1047 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 14, 2018, the parties, by and through undersigned counsel, respectfully submit the following status report:

1.　This is an action under the Freedom of Information Act (FOIA) involving a FOIA request submitted to Defendant United States Department of Education (ED or the Defendant) on October 3, 2017. The request seeks records from three ED offices, related to an October 2, 2017, event in which ED was involved.

2.　On August 6, 2018, Defendant completed its production of responsive records, with redactions. On August 10, 2018, Plaintiff identified approximately forty redactions invoking FOIA Exemption 5, 5 U.S.C. § 552(b)(5), as to which it sought further information from Defendant. Defendant provided that additional information on September 18, 2018.

3.　On September 22, 2018, Plaintiff identified approximately twelve remaining issues. Defendant has not yet provided a response, but has indicated it will do so by October 19, 2018.

4.　In light of the above, the parties propose that a further status report be filed on October 26, 2018. At that point, if any outstanding issues remain, the parties will propose a briefing schedule for cross-motions for summary judgment.

| | |
|---|---|
| October 1, 2018 | Respectfully submitted, |
| | |
| | /s/ Adam R. Pulver |
| | Adam R. Pulver (D.C. Bar No. 1020475) |
| | Patrick D. Llewellyn (D.C. Bar No. 1033296) |
| | Public Citizen Litigation Group |
| | 1600 20th Street NW |
| | Washington, DC 20009 |
| | (202) 588-1000 |
| | apulver@citizen.org |
| | |
| | Counsel for Plaintiff |
| | |
| | |
| | JESSIE K. LIU, D.C. Bar #472845 |
| | United States Attorney |
| | |
| | DANIEL F. VAN HORN, D.C. Bar #924092 |
| | Chief, Civil Division |
| | |
| | By: /s/ Jason T. Cohen |
| | JASON T. COHEN, ME Bar #004465 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2523 |
| | Jason.Cohen@usdoj.gov |
| | |
| | Counsel for Defendant |