# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 18-1047 (CKK) |

## DEFENDANT'S NOTICE OF COMPLIANCE

Notice is hereby provided that on this date Defendant, the United States Department of Education, complied with the Court's April 12, 2019, Minute Order requiring Defendant to submit an *ex parte* and under seal addendum to its motion for summary judgment to the Court for *in camera* review.

Dated: May 6, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  */s/ Jason T. Cohen*
JASON T. COHEN, ME BAR #004465
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov