

1600 20th Street, NW • Washington, D.C. 20009 • 202/588-1000 • www.citizen.org

October 3, 2017

VIA EMAIL

FOIA Public Liaison
U.S. Department of Education
Office of Management
Office of the Chief Privacy Officer
400 Maryland Avenue, SW, LBJ 2E320
Washington, DC 20202-4536
EDFOIAManager@ed.gov

    **RE:    Freedom of Information Act Request**

Dear Sir or Madam:

    On behalf of Public Citizen, Inc., and pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, I request:

    (1) All communications between any employee of the immediate Office of the Secretary, Office of Communications & Outreach, or Office of Planning, Evaluation & Policy Development, and any non-Department of Education (ED) entity or individual concerning "breakout sessions," "break-out sessions" or "roundtables" scheduled for October 2, 2017, relating to the regulatory agenda, regulatory reform, deregulation, rulemaking, and/or the regulatory process.[1]

    (2) Any ED policies, procedures, or guidance regarding which individuals or organizations would be invited to the October 2, 2017 break-out sessions.

    (3) Any policies, procedures, or guidance received from the White House, Office of Management and Budget, and/or other non-ED individual or entity regarding which

---

[1] That ten agencies would be hosting these "breakout sessions" was disclosed by a "senior administration official" to reporters and was discussed in numerous media articles. *See, e.g.*, Cheryl Bolen, "Trump to Preview Regulatory Agenda in White House Speech," Bloomberg BNA, Sept. 25, 2017, https://www.bna.com/trump-preview-regulatory-n73014464392/; Lydia Wheeler, "Trump to address regs rollback amid tax reform push," The Hill, Sept. 27, 2017, http://thehill.com/regulation/administration/352741-trump-to-address-regs-rollback-amid-tax-reform-push; Christina Wilkie, "Trump plans a pivot to deregulation, pushing roll back of Obama-era red-tape," CNBC, Sept. 30, 2017, https://www.cnbc.com/2017/09/29/trump-to-pivot-to-deregulation.html.

individuals or organizations should be invited to the October 2, 2017 break-out sessions.

This request is limited to records created or received by ED between July 2, 2017, and the time of processing.

If it is your position that responsive records exist but that those records (or portions of those records) are exempt from disclosure, please identify the records that are being withheld and state the basis for the denial for each record being withheld. In addition, please provide the nonexempt portions of the records. Public Citizen seeks each record *in its entirety*. Accordingly, please do not redact portions of any record as "non-responsive," "out of scope," or the like.

I request that any records produced in response to this request be provided in electronic form wherever possible.

Public Citizen requests that all fees in connection with this FOIA request be waived in accordance with 5 U.S.C. § 552(a)(4)(A)(iii) because Public Citizen does not seek the records for a commercial purpose and disclosure "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government." The records requested will contribute to the public's understanding of both the process by which agency officials evaluate regulations and rulemaking, and the voices heard and considered by the agency in developing policy. The agency's determination of its regulatory agenda and the interests considered in doing so is certainly a matter of public interest. These records are not in the public domain.

Public Citizen, which has over 400,000 members and supporters, is a nonprofit research, litigation, and advocacy organization that represents the public interest before Congress, the executive branch, and the courts. It fights for openness and democratic accountability in government; for strong health, safety and environmental protections for workers and consumers; for social and economic justice in globalization and trade policies; for clean, safe and sustainable energy; for safe, effective and affordable medicines and health care; and for the right of workers and consumers to seek redress in the courts.

Public Citizen does not have a commercial interest in the requested records; it intends to share information received from this request with the public free of charge. It regularly publishes reports based upon information acquired through FOIA.[2] Public Citizen also has a demonstrated capacity to disseminate this information. Public Citizen has several full-time staff dedicated to distributing its publications through its website, which includes a transparency webpage,[3] its

---

[2] For examples of publications distributed through the website, see Reports and Memos on the Trans-Pacific Partnership, http://www.citizen.org/TPP#reports; and a 2015 report entitled "Nursing: A Profession in Peril," http://www.citizen.org/health-care-worker-safety-report-series, a five-part series on health care workers injured on the job.

[3] Public Citizen, Transparency, https://www.citizen.org/transparency.

newsletters,[4] Twitter,[5] Facebook,[6] email listserv, and press releases.[7] Many of Public Citizen's reports, petitions, or other research products grab headlines in major newspapers, broadcast media, social media, and academic journals.[8] Public Citizen maintains four blogs,[9] publishes a bi-monthly newspaper,[10] and issues frequent press releases.[11] Nearly every day, print and broadcast media around the world mention Public Citizen or quote its experts.[12] Public Citizen also makes its experts available to speak to the media, at conferences, and to testify before Congress.[13] In particular, Public Citizen has produced reports and engaged in advocacy campaigns regarding

---

[4] *See, e.g.*, Public Citizen, Health Letter, http://www.citizen.org/healthletter.

[5] https://twitter.com/Public_Citizen (Public Citizen's Twitter page).

[6] https://www.facebook.com/publiccitizen (Public Citizen's Facebook page).

[7] *See, e.g.*, Public Citizen, *Conflicted Golfer-in-Chief Takes Swing at Clean Water Rule*, (June 27, 2017), http://www.citizen.org/media/press-releases/conflicted-golfer-chief-takes-swing-clean-water-rule.

[8] *See, e.g.*, 2010 report: "Lies, Damn Lies and Export Statistics How Corporate Lobbyists Distort Record of Flawed Trade Deals" discussed in: Sewell Chan, *In the Form of a Study, a Salvo From the Left Questions Obama's Trade Goals*, N.Y. Times, Sept. 14, 2010, https://nyti.ms/2koGjEC; 2014 Report: "Mission Creep-y: Google Is Quietly Becoming One of the Nation's Most Powerful Political Forces While Expanding Its Information-Collection Empire" discussed in: Alistair Barr, *Consumer Group Questions Google's Breadth, Influence*, Wall St. J. Blog, Nov. 13, 2014, http://on.wsj.com/1BgWmGZ; 2015 Report: "Sleighted: Accounting Tricks Create False Impression That Small Businesses Are Getting Their Share of Federal Procurement Money, and the Political Factors That Might Be at Play", discussed in: Charles Tiefer, *Trump Administration Fails at Creating Jobs by Missing Small Business Contract Targets*, Forbes (June 5, 2017), https://www.forbes.com/sites/charlestiefer/2017/06/05/trump-administration-fails-at-creating-jobs-by-missing-small-business-contract-targets/.

[9] Citizen Vox, http://www.citizenvox.org; Consumer Law & Policy Blog, http://pubcit.typepad.com/; Eyes on Trade, http://citizen.typepad.com/eyesontrade/; and Texas Vox, http://www.texasvox.org/.

[10] *See, e.g.*, Public Citizen, Public Citizen News (March/April 2017), http://www.citizen.org/sites/default/files/pc_news_issues/2017/mar-apl/files/assets/common/downloads/PC%20News%20MarchApril.pdf.

[11] Public Citizen, Latest Public Citizen Press Releases, http://www.citizen.org/media/press-releases.

[12] Juan Williams, *Trump Refills the Swamp*, The Hill, June 26, 2017, http://thehill.com/opinion/juan-williams/339378-juan-williams-trump-refills-the-swamp; Barry Meier, *OSHA to Roll Back Rules on Toxic Mineral at Construction Sites*, N.Y. Times, June 23, 2017, https://www.nytimes.com/2017/06/23/business/osha-berylilium.html; David Lazarus, *Trump Wants to Deny Nursing-Home Residents and Their Families the Right to Sue*, L.A. Times, June 13, 2017, http://www.latimes.com/business/lazarus/la-fi-lazarus-nursing-home-arbitration-20170613-story.html. An archive of many of these news stories is available on its website: Public Citizen, Media Hits, https://www.citizen.org/media/media-hits.

[13] Public Citizen, Public Citizen's Experts, https://www.citizen.org/media/public-citizens-experts.

3

protections for student loan borrowers,[14] consumer financial protections,[15] and conflicts of interest in the government,[16] among other issues.

Accordingly, I request that you waive all fees for locating and duplicating the requested records because Public Citizen is entitled to a public interest fee waiver. If, however, a waiver is not granted, please advise me of the amount of any proposed search, review, and reproduction charges before you conduct those activities.

I expect a response within 20 working days as provided by law. If you have any questions regarding this request, please contact me by phone at (202) 588-7790 or by email at apulver@citizen.org.

Thank you very much for your attention to this matter.

Sincerely,

Adam R. Pulver

---

[14] *See, e.g.*, Public Citizen, Citizen Petition to the Department of Education on Forced Arbitration, Feb. 24, 2016, *available at* https://www.citizen.org/sites/default/files/citizen-petition-to-ed-title-iv-arbitration-clauses.pdf; Public Citizen, Between a Rock and a Hard Place: Courthouse Doors Shut for Aggrieved Private Student Loan Borrowers (July 2012), *available at* https://www.citizen.org/sites/default/files/private-student-loans-predatory-lending-arbitration-report.pdf.

[15] Public Citizen, *U.S. Senators Opposed to the CFPB's Arbitration Rule Received More Than $100 Million From the Financial Sector* (July 20, 2017), https://www.citizen.org/sites/default/files/financial_industry_contributions_to_senators_opposing_cfpbs_arbitration_rule.pdf.

[16] Public Citizen, The Company We Keep: Lobbyists and the Prevalence of Conflicts of Interest in the Trump Administration (June 22, 2017), https://www.citizen.org/system/files/case_documents/2017_lobbyist_report_final_1.pdf.