**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF MANAGEMENT

Office of the Chief Privacy Officer

October 17, 2017

Mr. Adam R. Pulver
Public Citizen
1600 20th Street NW
Washington, DC  20009
apulver@citizen.org

RE:  FOIA Request No. 18-00065-F

Dear Mr. Pulver:

This letter is an interim response to your letter dated October 3, 2017 requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was forwarded to the following offices to search for documents that may be responsive to your request:  Office of Communication and Outreach (OCO), Office of the Secretary (OS) and Office of Planning, Evaluation and Policy Development (OPEPD).  You requested all communications between any employee of the immediate Office of the Secretary, Office of Communications & Outreach, or Office of Planning, Evaluation & Policy Development, and any non-Department of Education (ED) entity or individual concerning "breakout sessions," "break-out sessions" or "roundtables" scheduled for October 2, 2017, relating to the regulatory agenda, regulatory reform, deregulation, rulemaking, and/or the regulatory process.

(2) Any ED policies, procedures, or guidance regarding which individuals or organizations would be invited to the October 2, 2017 break-out sessions.

(3) Any policies, procedures, or guidance received from the White House, Office of Management and Budget, and/or other non-ED individual or entity regarding which individuals or organizations should be invited to the October 2, 2017 break-out sessions.

This request is limited to records created or received by ED between July 2, 2017, and the time of processing.

Staff in OPEPD informed the FOIA Services Center that after a search of their files, they were unable to locate any documents that were responsive to your request.

At this time, the Department is continuing to process your request, and your FOIA request case file remains open.  It will not close until the Department provides you with a response regarding outstanding responsive documents from OCO and OS.  Our final release letter will contain information related to your appeal rights of agency decisions.

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202-4500
www.ed.gov
*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by Fostering educational excellence and ensuring equal access.*

Page-2 - Mr. Adam R. Pulver
FOIA No. 18-00065-F

If you have any questions, please contact me at (202) 401-8365, or you may send an e-mail to
EDFOIAManager@ed.gov.

Sincerely,

Christie D. Swafford
Government Information Specialist, OM/OCPO

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202-4500
www.ed.gov
*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by
Fostering educational excellence and ensuring equal access.*