**Adam Pulver**

| | |
|---|---|
| **From:** | ED FOIA Manager <EDFOIAManager@ed.gov> |
| **Sent:** | Thursday, February 08, 2018 8:04 AM |
| **To:** | Adam Pulver; ED FOIA Manager |
| **Cc:** | Swafford, Christie |
| **Subject:** | RE: Status Request - FOIA Request No. 18-00065-F |

Good Morning,

The program office is still conducting searches for responsive records. Once the searches have been completed the status will be updated accordingly. In the interim, you can monitor the status of your request via the Department's FOIA Web page below:

http://www2.ed.gov/policy/gen/leg/foia/foiatoc.html - This searchable PDF is a document updated bi-weekly on the FOIA Service Center's website. You also have the option of calling or emailing EDFOIAManager@ed.gov to get an update of your request for records.

Unfortunately we do not have a specific completion time available. We understand how important your FOIA Request is to you and want to handle it as soon as possible but we must process all FOIA request in their order of receipt. Please accept our apologies for any inconvenience.

Thank you for contacting the U.S. Department of Education FOIA Service Center!

ED FOIA Manager
FOIA Service Center


**From:** Adam Pulver [mailto:apulver@citizen.org]
**Sent:** Thursday, February 01, 2018 12:31 PM
**To:** ED FOIA Manager
**Cc:** Swafford, Christie
**Subject:** Status Request - FOIA Request No. 18-00065-F

Hello,
I am writing to seek an update as to the status of Request 18-00065-F, which was submitted on October 3, 2017.
Thank you.
Adam Pulver
Public Citizen

**From:** ED FOIA Manager [mailto:EDFOIAManager@ed.gov]
**Sent:** Friday, January 05, 2018 2:47 PM
**To:** Adam Pulver <apulver@citizen.org>
**Cc:** ED FOIA Manager <EDFOIAManager@ed.gov>; Swafford, Christie <Christie.Swafford@ed.gov>
**Subject:** RE: Department of Education FOIA Acknowledgment Letter 18-00065-F

This e-mail is in response to your request for a status on the subject FOIA request: **REQUEST #18-00065-F**

**Status:**

1

**Conducting Search for responsive records.** Once the search for responsive records has been completed the status will be updated accordingly. In the interim, you can monitor the status of your request via *email to EDFOIAManager@ed.gov.*

We understand how important your FOIA Request is to you and want to handle it as soon as possible but we must process all FOIA request in their order of receipt. Please accept our apologies for any inconvenience.

*The analyst that has been assigned to your request has been notified in hopes to provide you with additional information.*

Thank you for contacting the U.S. Department of Education FOIA Service Center!

ED FOIA Manager
U.S. Department of Education
**FOIA Service Center**
**400 Maryland Avenue SW**
**Room 218-52**
**Washington, DC 20202**
FSC Hotline: (202) 401-8365
FSC Fax: (202) 401-0920
EDFOIAManager@ed.gov


**From:** Adam Pulver [mailto:apulver@citizen.org]
**Sent:** Thursday, January 04, 2018 12:13 PM
**To:** ED FOIA Manager
**Subject:** RE: Department of Education FOIA Acknowledgment Letter 18-00065-F

Dear Mr. Johnson:
I write to inquire as to the status of this FOIA Request, dated October 3, 2017. I received an interim response from one ED component on October 10, 2017, but have not received any further response.
Thank you,
Adam Pulver

**From:** Johnson, Michael [mailto:EDFOIAManager@ed.gov]
**Sent:** Friday, October 06, 2017 7:44 PM
**To:** Adam Pulver <apulver@citizen.org>
**Subject:** Department of Education FOIA Acknowledgment Letter 18-00065-F


This is the Department's acknowledgment of your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was forwarded to the primary responsible office(s) for action.

Any future correspondence or questions regarding your request, please contact the FOIA Public Liaison at 202-401-8365 or EDFOIAManager@ed.gov