

United States Department of Agriculture

---

United States
Department of
Agriculture

Office of the Chief
Information Officer

1400 Independence
Avenue SW
Washington, DC
20250

February 6, 2018

**Delivered via Electronic Mail**
Adam R. Pulver
Public Citizen
1600 20th Street, N.W.
Washington, D.C. 20009
Email: apulver@citizen.org

**RE:   Freedom of Information Act (FOIA) Request 2018-OCIO-00198-F
        Final Response**

Dear Mr. Pulver:

This is the final response to the October 2, 2017, Freedom of Information Act (FOIA) request you submitted to the U.S. Department of Agriculture (USDA), Departmental FOIA Office (DFO). Your request, as amended, sought agency communications between employees of the Office of the Secretary, Office of the Executive Secretariat, Office of Advocacy and Outreach, or Office of the Director of Communications and a non-USDA entity or individual regarding the "Cut the Red Tape" event scheduled for October 2, 2107.

Your request has been processed under the FOIA, 5 U.S.C. § 552.

A search for responsive records was conducted by the Office of the Chief Information Officer's (OCIO) telecommunications provider, Client Technology Services (CTS). This provider performs network services for OCIO, including electronic messaging operations, blackberry, mobile device management (MDM), file and print, remote access, voice, network, service desk, and other application services. The CTS search located one hundred and nine (109) pages of responsive records.

Following a review of the responsive records, the DFO has determined that certain information contained therein should be withheld pursuant to 5 U.S.C. § 552(b)(6) (FOIA Exemption 6).  Below is an explanation of the information that has been withheld.

## FOIA Exemption 6

Exemption 6 generally is referred to as the "personal privacy" exemption. It provides that the disclosure requirements of FOIA do not apply to "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." Application of the exemption

Adam R. Pulver
2018-OCIO-00198-F                                                                                                                           2

involves balancing the public's interest in disclosure against individuals' privacy interests.

The information withheld under Exemption 6 consists of mobile and private telephone numbers, private e-mail addresses and passcodes for conference calls. This information qualifies as "similar files" because it is information in which individuals have a privacy interest. Moreover, releasing mobile telephone numbers could subject individuals to unwarranted or unsolicited communications. As for the passcodes assigned to participants of a conference call, those individuals have a privacy interest in ensuring that no uninvited person is listening in on the call.  Since there is a viable privacy interest that would be threatened by disclosure, Exemption 6 authorizes this office to withhold the information. Accordingly, we have determined that the public interest in the information's release does not outweigh the overriding privacy interests in keeping it confidential.

You have the right to appeal this determination. The appeal must be made within 90 days of the date of this letter. Your appeal must be in writing and must clearly indicate that a FOIA appeal is being made. The appeal should be sent to:

> Assistant Secretary for Administration
> USDA
> 1400 Independence Avenue, S.W.
> Whitten Building 209-A
> Washington, D.C. 20250-0103

Your appeal should include a copy the original request, the response to the request and a statement explaining the basis for your appeal. To facilitate processing your appeal, the phrase "FOIA APPEAL" in capital letters should be placed on the front of your envelope.

Provisions of the FOIA allow us to recover part of the cost of processing your requests. In this instance, because the cost is below the $25 minimum, there is no charge. 7 C.F.R. Part 1.18.

If you have any questions regarding this letter, please contact Ms. Christine Jordan at 202-772-9091 or electronically at Christine.Jordan@ocio.usda.gov or USDAFOIA@ocio.usda.gov.

You may seek dispute resolution services from the DFO's FOIA Public Liaison, Ms. Ravoyne Payton at USDAFOIA@ocio.usda.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room

Adam R. Pulver
2018-OCIO-00198-F                                                                                             3

2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

The DFO Team appreciates the opportunity to assist you in this matter.

Sincerely,

*Alexis R. Graves*

Alexis R. Graves
Departmental FOIA Officer
Office of the Chief Information Officer
Policy, E-Government and Fair Information Practices

Enclosures:  Responsive Records (109 pages)