**U.S. Department of Labor**  Office of the Assistant
Secretary for Policy
Washington, D.C. 20210



FOIA Reference No. 842408

March 9, 2018

Mr. Adam Pulver
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009

Dear Mr. Pulver:

This letter is in response to your Freedom of Information Act (FOIA) request addressed to the U.S. Department of Labor's (DOL) Office of the Solicitor in accordance with 5 U.S.C. §552(a). The Office of the Assistant Secretary for Policy has completed a search and review of agency records and have enclosed 38 pages of responsive records relevant to your FOIA request.

Redactions were made in the documents as indicated, pursuant to 5 U.S.C. §522 (b)(5) and (b)(6). Exemption 5 protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. Exemption 6 protects information about individuals in "personnel and medical files and similar files" when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy.

In accordance with the Department's FOIA Regulations at 29 CFR 70.40 reproduction costs have not been assessed.

Notice of Appeal Rights:  You have the right to appeal this determination within 90 days from the date of this response, 29 C.F.R. §70.22. An appeal must be in writing and state the grounds for appeal, including any supporting statements or arguments. You should include copies of your initial request and this response. The appeal should be sent to: Office of the Solicitor, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

If you need any further assistance or would like to discuss any aspect of your request please contact Terry Fryer, the FOIA Coordinator for OASP at 202-693-5925 or by email at Fryer.Terry.L@dol.gov. You may also contact the DOL FOIA Public Liaison, Thomas Hicks, at 202-693-5427 or by email at hicks.thomas@dol.gov. Alternatively, you may contact the Office of Government Information Services (OGIS) within the National Archives and Records Administration (NARA) to inquire about the mediation services they offer. The contact information for OGIS is as follows: Office of

Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 1-877-684-6448.

Sincerely,

Carrol Bascus
Administrative Officer
Office of the Assistant Secretary for Policy
U.S. Department of Labor