**Adam Pulver**

| | |
|---|---|
| **From:** | Cohen, Jason (USADC) <Jason.Cohen@usdoj.gov> |
| **Sent:** | Friday, July 06, 2018 5:07 PM |
| **To:** | Adam Pulver |
| **Cc:** | Patrick Llewellyn |
| **Subject:** | Public Citizen v. DOE, 18cv1047 |
| **Attachments:** | 070618 release.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good afternoon Adam,

Per our discussions, please find the attached records for interim release to the plaintiff, portions of which have been redacted under the exemptions indicated on the records. Please be advised that these constitute a portion of the records from the Office of Communication and Outreach—the remainder require additional consultation with additional program offices. I hope to have the remainder of the Department's response out to the plaintiff within the next 30 days.

Best regards,

**Jason T. Cohen**
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2523