**Adam Pulver**

| | |
|---|---|
| **From:** | Siegelbaum, Jill <Jill.Siegelbaum@ed.gov> |
| **Sent:** | Monday, August 06, 2018 4:14 PM |
| **To:** | Cohen, Jason (USADC); Adam Pulver |
| **Subject:** | RE: Activity in Case 1:18-cv-01047-CKK PUBLIC CITIZEN, INC. v. UNITED STATES DEPARTMENT OF EDUCATION Order |
| **Attachments:** | 'OCO FOIA 18-00065-F' FINAL.pdf; 'OS Responsive Docs 18-00065 Pulver' FINAL.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Pulver:

Attached please find the Department's final release in FOIA Request No. 18-00065-F. There should be two files - please confirm receipt of these attachments. If you have any questions, please contact Jason.cohen@usdoj.gov.

Regards,
Jill Siegelbaum

**From:** Cohen, Jason (USADC) [mailto:Jason.Cohen@usdoj.gov]
**Sent:** Thursday, July 19, 2018 8:10 PM
**To:** Siegelbaum, Jill
**Subject:** FW: Activity in Case 1:18-cv-01047-CKK PUBLIC CITIZEN, INC. v. UNITED STATES DEPARTMENT OF EDUCATION Order

FYI

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, July 19, 2018 4:22 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-01047-CKK PUBLIC CITIZEN, INC. v. UNITED STATES DEPARTMENT OF EDUCATION Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 7/19/2018 at 4:21 PM and filed on 7/19/2018

**Case Name:**  PUBLIC CITIZEN, INC. v. UNITED STATES DEPARTMENT OF EDUCATION
**Case Number:** 1:18-cv-01047-CKK
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. The Court is in receipt of the parties' [11] Joint Status Report. The parties represent that Defendant has already produced some records to Plaintiff, and anticipates producing all responsive records by August 6, 2018. The parties accordingly propose filing another Joint Status Report by no later than August 13, 2018. The parties are ORDERED to file a further Joint Status Report by no later than AUGUST 13, 2018, updating the Court on the status of Defendant's processing of Plaintiff's FOIA request. Signed by Judge Colleen Kollar-Kotelly on 7/19/2018. (lcckk3)**


**1:18-cv-01047-CKK Notice has been electronically mailed to:**

Jason Todd Cohen    jason.cohen@usdoj.gov, CaseView.ECF@usdoj.gov, MMinor@usa.doj.gov, joseph.finnigan@usdoj.gov

Patrick D. Llewellyn    pllewellyn@citizen.org, LitFileNotify@citizen.org

Adam R. Pulver    apulver@citizen.org, litfilenotify@citizen.org

**1:18-cv-01047-CKK Notice will be delivered by other means to::**