# Adam Pulver

**From:** Adam Pulver
**Sent:** Friday, August 10, 2018 12:07 PM
**To:** 'Cohen, Jason (USADC)'
**Subject:** RE: Pub Citizen v. DOE, 18cv1047
**Attachments:** ED Deregulation Day FOIA - Redactions at Issue 8-10-18.xlsx


Jason:
As per our previous emails, attached is a list of redactions that we request further explanation for, identified by page number in the OS and OCO productions
Some of them may be duplicates; I tried not to raise the same redaction twice where I was sure, but it is hard for us to tell.
One clarification, there is a "Deregulation Summit Memo" referenced a few places, and it appears to be what is fully redacted several places. While we contest the failure to produce the final version of that memo, to the extent there are earlier drafts of the memo, we don't have an objection to their withholding at this time. It isn't clear to us, though, which attachments may be drafts versus the final version.
I am happy to discuss any of the specifics with you and your client. With more information, we can likely narrow the disputed redactions.
Thank you
Adam Pulver

**From:** Cohen, Jason (USADC) [mailto:Jason.Cohen@usdoj.gov]
**Sent:** Thursday, August 09, 2018 3:45 PM
**To:** Adam Pulver <apulver@citizen.org>
**Subject:** RE: Pub Citizen v. DOE, 18cv1047

Yes, that would be helpful, thanks.

**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Thursday, August 9, 2018 3:43 PM
**To:** Cohen, Jason (USADC) <JCohen1@usa.doj.gov>
**Subject:** RE: Pub Citizen v. DOE, 18cv1047

Hi Jason,
I have been traveling for another matter, but we received the materials and are in the process going through them. We have some concerns related to redactions. It might be helpful to have more information about them in order to determine if we can resolve them. I can get you a list tomorrow if that would be helpful.
Thanks
Adam Pulver

**From:** Cohen, Jason (USADC) [mailto:Jason.Cohen@usdoj.gov]
**Sent:** Thursday, August 09, 2018 3:38 PM
**To:** Adam Pulver <apulver@citizen.org>
**Subject:** Pub Citizen v. DOE, 18cv1047

Hi Adam,
It appears the agency made its final release of responsive records on Monday, 8/6/18. Please let me know your client's position and whether there are any further concerns that you would like me to bring to the agency's attention.

1

Thank you,

**Jason T. Cohen**
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2523

## OS

| Page | Date/Time | Redaction | |
|---|---|---|---|
| 1 | 9/25/17 10:27AM | (b)(5) | Basis for redaction unclear |
| 2-3 | 9/25/2017 3:08PM | (b)(5) | Entire chain - basis for redactions unclear |
| 5 | 9/25/17 3:04PM | (b)(5) | Basis for redaction unclear |
| 8-10 | 9/26/17 11:07AM | (b)(5) | Basis for redactions unclear |
| 39-41 | 9/26/17 11:51AM | (b)(5) | Entire chain- Basis for redactions unclear |
| 69 | 9/26/17 4:55pm | (b)(5) | Basis for redaction unclear |
| 173-174 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 244-248 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 250 | 9/26/17 10:29am | (b)(5) | Basis for redaction unclear |
| 251 | 9/25/17 3:04pm | (b)(5) | Basis for redaction unclear |
| 258 | 9/28/17 2:40pm | (b)(5) | Basis for redaction unclear |
| 261 | 9/18/2017 6:56pm | (b)(5) | Basis for redactions unclear |
| 262-267 | Entire pages redacted | (b)(5) | Basis for redactions unclear |
| 268 | 9/19/17 2:23pm | (b)(5) | Basis for redactions unclear (entire chain) |
| 269-274 | Entire pages redacted | (b)(5) | Basis for redactions unclear |
| 275-276 | 9/19/17 6:49pm | (b)(5) | Entire chain- Basis for redactions unclear |
| 277-282 | Entire pages redacted | (b)(5) | Basis for redactions unclear |
| 283 | 9/19/17 6:55pm | (b)(5) | Basis for redactions unclear |
| 285-287 | Entire pages redacted | (b)(5) | Basis for redactions unclear |
| 288-289 | 9/22/17 11:13am | (b)(5) | Entire chain - basis for redactions unclear |
| 290 | Entire page redacted | (b)(5) | Basis for redaction unclear |
| 294 | 9/22/17 3:05pm | (b)(5) | Basis for redaction unclear |
| 295-314 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 316-331 | Entire pages redacted | (b)(5) | Basis for redaction unclear |

## OCO

| Page | Date/Time | Redaction | |
|---|---|---|---|
| 8 | 9/19/17 6:57pm | (b)(5) | Entire chain - basis for redactions unclear |
| 10-12 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 14-16 | 9/25/17 3:40pm | (b)(5) | Entire chain - basis for redactions unclear |
| 22-23 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 24-25 | 9/20/17 8:11pm | (b)(5) | Entire chain - basis for redactions unclear |
| 26 | Entire page redacted | (b)(5) | Basis for redaction unclear |
| 29-31 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 40-44 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 53-64 | Entire pages redacted | (b)(5) | Basis for redaction unclear |
| 92-94 | 9/26/17 12:47pm | (b)(5) | Entire chain - basis for redactions unclear |
| 95-96 | Entire pages redacted | (b)(5) | Basis for redaction unclear |