# Adam Pulver

| | |
|---|---|
| **From:** | Cohen, Jason (USADC) <Jason.Cohen@usdoj.gov> |
| **Sent:** | Tuesday, September 18, 2018 6:14 PM |
| **To:** | Adam Pulver |
| **Subject:** | RE: Pub Citizen v. DOE, 18cv1047 |
| **Attachments:** | Pub Cit v. Dep't of Ed, 18cv1047 - Further redaction info.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good afternoon Adam,
Attached is the agency's response to your request for additional information. Please note that this is not intended to be a *Vaughn* index or a draft *Vaughn* index, and that the Department is not intending to waive its right to assert additional privileges in a *Vaughn* index should one be required, nor is the description of the records at issue meant to be exhaustive. Hopefully this provides sufficient additional information about the withheld records.
Best regards,
Jason

**Jason T. Cohen**
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2523


**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Friday, August 10, 2018 12:07 PM
**To:** Cohen, Jason (USADC) <JCohen1@usa.doj.gov>
**Subject:** RE: Pub Citizen v. DOE, 18cv1047

Jason:
As per our previous emails, attached is a list of redactions that we request further explanation for, identified by page number in the OS and OCO productions
Some of them may be duplicates; I tried not to raise the same redaction twice where I was sure, but it is hard for us to tell.
One clarification, there is a "Deregulation Summit Memo" referenced a few places, and it appears to be what is fully redacted several places. While we contest the failure to produce the final version of that memo, to the extent there are earlier drafts of the memo, we don't have an objection to their withholding at this time. It isn't clear to us, though, which attachments may be drafts versus the final version.
I am happy to discuss any of the specifics with you and your client. With more information, we can likely narrow the disputed redactions.
Thank you
Adam Pulver

**From:** Cohen, Jason (USADC) [mailto:Jason.Cohen@usdoj.gov]
**Sent:** Thursday, August 09, 2018 3:45 PM

**To:** Adam Pulver <apulver@citizen.org>
**Subject:** RE: Pub Citizen v. DOE, 18cv1047

Yes, that would be helpful, thanks.

**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Thursday, August 9, 2018 3:43 PM
**To:** Cohen, Jason (USADC) <JCohen1@usa.doj.gov>
**Subject:** RE: Pub Citizen v. DOE, 18cv1047

Hi Jason,
I have been traveling for another matter, but we received the materials and are in the process going through them. We have some concerns related to redactions. It might be helpful to have more information about them in order to determine if we can resolve them. I can get you a list tomorrow if that would be helpful.
Thanks
Adam Pulver

**From:** Cohen, Jason (USADC) [mailto:Jason.Cohen@usdoj.gov]
**Sent:** Thursday, August 09, 2018 3:38 PM
**To:** Adam Pulver <apulver@citizen.org>
**Subject:** Pub Citizen v. DOE, 18cv1047

Hi Adam,
It appears the agency made its final release of responsive records on Monday, 8/6/18. Please let me know your client's position and whether there are any further concerns that you would like me to bring to the agency's attention.
Thank you,

**Jason T. Cohen**
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2523

2

| Page number | Date/Time | Exemption | Plaintiff inquiry | Defendant response |
|---|---|---|---|---|
| OS | | | | |
| 1 | 9/25/17 10:27AM | (b)(5) | Basis for redaction unclear | Deliberation/attorney consultation regarding vetting attendees |
| 2-3 | 9/25/2017 3:08PM | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 5 | 9/25/17 3:04PM | (b)(5) | Basis for redaction unclear | Deliberation regarding title of event |
| 8-10 | 9/26/17 11:07AM | (b)(5) | Basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 39-41 | 9/26/17 11:51AM | (b)(5) | Entire chain- Basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 69 | 9/26/17 4:55pm | (b)(5) | Basis for redaction unclear | Deliberation/attorney consultation regarding vetting attendees |
| 173-174 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Draft event agenda |
| 244-248 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Draft event agenda |
| 250 | 9/26/17 10:29am | (b)(5) | Basis for redaction unclear | Deliberation regarding title of event |
| 251 | 9/25/17 3:04pm | (b)(5) | Basis for redaction unclear | Deliberation regarding title of the event |
| 258 | 9/28/17 2:40pm | (b)(5) | Basis for redaction unclear | Discussion of policy bases regarding the purpose of the sessions |
| 261 | 9/18/2017 6:56pm | (b)(5) | Basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 262-267 | Entire pages redacted | (b)(5) | Basis for redactions unclear | Draft event agenda |

| Page number | Date/Time | Exemption | Plaintiff inquiry | Defendant response |
|---|---|---|---|---|
| 268 | 9/19/17 2:23pm | (b)(5) | Basis for redactions unclear (entire chain) | Deliberation/attorney consultation regarding vetting attendees |
| 269-274 | Entire pages redacted | (b)(5) | Basis for redactions unclear | Draft event agenda |
| 275-276 | 9/19/17 6:49pm | (b)(5) | Entire chain- Basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 277-282 | Entire pages redacted | (b)(5) | Basis for redactions unclear | Draft event agenda |
| 283 | 9/19/17 6:55pm | (b)(5) | Basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees, deliberation regarding policy focus of listening sessions |
| 285-287 | Entire pages redacted | (b)(5) | Basis for redactions unclear | Meeting agenda |
| 288-289 | 9/22/17 11:13am | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 290 | Entire page redacted | (b)(5) | Basis for redaction unclear | Draft invitation |
| 294 | 9/22/17 3:05pm | (b)(5) | Basis for redaction unclear | Discussion points/agenda for upcoming meeting, Deliberation/attorney consultation regarding vetting attendees |
| 295-314 | Entire pages redacted | (b)(5) | Basis for redaction unclear | 295-303: draft PowerPoint presentation 304-306: draft event agenda 307-312: email chain consisting of deliberation/attorney |

| Page number | Date/Time | Exemption | Plaintiff inquiry | Defendant response |
|---|---|---|---|---|
| | | | | consultation regarding vetting attendees 313-14: email chain consisting of deliberation regarding event access |
| 316-331 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Draft event agenda, draft PowerPoint presentation |
| OCO | | | | |
| 8 | 9/19/17 6:57pm | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees, deliberation regarding policy focus of listening sessions |
| 10-12 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Draft event agenda |
| 14-16 | 9/25/17 3:40pm | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 22-23 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Weekly report identifying events of particular interest to the Secretary |
| 24-25 | 9/20/17 8:11pm | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 26 | Entire page redacted | (b)(5) | Basis for redaction unclear | Email chain consisting of deliberations regarding event access |
| 29-31 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Briefing notes for the Secretary |

| Page number | Date/Time | Exemption | Plaintiff inquiry | Defendant response |
|---|---|---|---|---|
| 40-44 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Proposed remarks for the Secretary |
| 53-64 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Draft event agenda, draft PowerPoint presentation |
| 92-94 | 9/26/17 12:47pm | (b)(5) | Entire chain - basis for redactions unclear | Deliberation/attorney consultation regarding vetting attendees |
| 95-96 | Entire pages redacted | (b)(5) | Basis for redaction unclear | Deliberation/attorney consultation regarding vetting attendees |