| | |
|---|---|
| **From:** | Hudson, Bethany - OSEC, Washington DC |
| **To:** | Adcock, Rebeckah - OSEC, Washington, DC |
| **Subject:** | FW: CUT THE RED TAPE Agency Summit Information |
| **Date:** | Tuesday, September 26, 2017 4:36:56 PM |
| **Attachments:** | Deregulation Summit Memo_v11.docx<br>ATT00001.htm<br>Cutting Red Tape -- Template Slide Deck_Final.pptx<br>ATT00002.htm |

**From:** Sullivan, Lauren - OSEC, Washington, DC
**Sent:** Friday, September 22, 2017 3:29 PM
**To:** Adcock, Rebeckah - OSEC, Washington, DC <Rebeckah.Adcock@osec.usda.gov>; Hudson, Bethany - OSEC, Washington DC <Bethany.Hudson@osec.usda.gov>
**Subject:** Fwd: CUT THE RED TAPE Agency Summit Information

Name change- update for our invitation.

> NOTE UPDATED EVENT TITLE FOR YOUR INVITE:
> CUT THE RED TAPE
> Liberating America from Bureaucracy

Sent from my iPhone

Begin forwarded message:

> **From:** "Young, Chris - OSEC, Washington, DC" <Chris.Young@osec.usda.gov>
> **To:** "Sullivan, Lauren - OSEC, Washington, DC" <Lauren.Sullivan@osec.usda.gov>
> **Subject: Fwd: CUT THE RED TAPE Agency Summit Information**
>
> You saw this name change right?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Gunn, Ashley L. EOP/WHO" <[(b) (6)]
>> **To:** "Geale.Nicholas.C@DOL.gov" <Geale.Nicholas.C@DOL.gov>, "Hoffman, Emily E - OSEC" <hoffman.emily.e@DOL.gov>, "McCormack, Brian" <Brian.Mccormack@hq.doe.gov>, "Habansky, Sarah" <Sarah.Habansky@hq.doe.gov>, "Hommel, Scott" <scott_hommel@ios.doi.gov>, "Green, Heidi - OSEC, Washington, DC" <Heidi.Green@osec.usda.gov>, "Sullivan, Lauren - OSEC, Washington, DC" <Lauren.Sullivan@osec.usda.gov>, "Young, Chris - OSEC, Washington, DC" <Chris.Young@osec.usda.gov>, "Venable, Joshua" <Joshua.Venable@ed.gov>, "Simmons, Lee (Dougie)"

<LeeD.Simmons@ed.gov>, "Leggitt, Lance (HHS/IOS)" <Lance.Leggitt@hhs.gov>, "Skrzycki, Kristin (HHS/IOS)" <Kristin.Skrzycki@hhs.gov>, "Burr, Geoff (OST)" <geoff.burr@dot.gov>, "Gehring, Wendy (OST)" <wendy.gehring@dot.gov>, "Leach, Macie (Federal)" <SLeach@doc.gov>, "Wendy Teramoto" <wteramoto@doc.gov>, "Joseph.Smith@treasury.gov" <Joseph.Smith@treasury.gov>, "Eli.Miller@treasury.gov" <Eli.Miller@treasury.gov>, "Turner, Holly" <Holly.Turner@sba.gov>, "Schroeder, Allie F." <Allie.Schroeder@sba.gov>, "Mary A. Bradfield" <Mary.Bradfield@sba.gov>
**Cc:** "Doyle, Emma K. EOP/OMB" <Emma.K.Doyle@omb.eop.gov>, "Pickitt, Kailey M. EOP/OMB" <Kailey.M.Pickitt@omb.eop.gov>, "Patenaude, Meghan C. EOP/OVP" <████ (b) (6) ████>, "Wall, Kathryn E. EOP/OVP" <████ (b) (6) ████>
**Subject: CUT THE RED TAPE Agency Summit Information**

Team Deregulation,
Thank you very much for your patience, coordination and compliance with your ethics office. We appreciate all that you are doing to make this important initiative a huge success.

Attached is the EM for the 11am East Room event for your Cabinet member, slide deck for your agency's 2pm event, and other important information. Brad Rateike has been in contact with each comms team to schedule your Cabinet member for the 10/3 Radio Row participation in the Indian Treaty Room from 9am until noon. Thank you in advance for making this messaging a priority.

Next Tuesday's COS meeting Senior Staff will be on hand to answer any questions or concerns that you may have. We will discuss the following purpose of your agency/department sessions:
1) demonstrate this is a " whole of government" priority and approach
2) give agencies the opportunity to communicate their achievements and priorities
3) set the platform for future achievements/activity - in particular to embrace a wide cross section of stakeholders who can be helpful in shaping the regulatory agenda

As you know, White House Council has requested that your DAEO's include any required legal notification or disclaimers so that every aspect complies with all applicable laws and regulations. Please return a copy of your agency invite once it has been approved as well as your final invite list. Based on the size of your event I will then forward signage details and approx. cost. Once the White House invitations have gone out today and we have received your invite and guest list,  you are free to then send the

invitations out to your guests.

NOTE UPDATED EVENT TITLE FOR YOUR INVITE:

CUT THE RED TAPE

Liberating America from Bureaucracy

Please do not hesitate to reach out. We are happy to assist in any way.

Thank you,
Ashley Gunn
Senior Director
Cabinet Affairs
(b) (6)