**Gunn, Ashley L. EOP/WHO**

| | |
|---|---|
| **From:** | Gunn, Ashley L. EOP/WHO |
| **Sent:** | Friday, September 22, 2017 3:05 PM |
| **To:** | Geale.Nicholas.C@DOL.gov; Hoffman, Emily E - OSEC; McCormack, Brian; Habansky, Sarah; Hommel, Scott; Green, Heidi - OSEC, Washington, DC; Sullivan, Lauren - OSEC, Washington, DC; Young, Chris - OSEC, Washington, DC; Venable, Joshua; Simmons, Lee (Dougie); Leggitt, Lance (HHS/IOS); Skrzycki, Kristin (HHS/IOS); Burr, Geoff (OST); Gehring, Wendy (OST); Leach, Macie (Federal); Wendy Teramoto; Joseph.Smith@treasury.gov; Eli.Miller@treasury.gov; Turner, Holly; Schroeder, Allie F.; Mary A. Bradfield |
| **Cc:** | Doyle, Emma K. EOP/OMB; Pickitt, Kailey M. EOP/OMB; Patenaude, Meghan C. EOP/OVP; Wall, Kathryn E. EOP/OVP |
| **Subject:** | CUT THE RED TAPE Agency Summit Information |
| **Attachments:** | Deregulation Summit Memo_v11.docx; Cutting Red Tape -- Template Slide Deck_Final.pptx |

Team Deregulation,
Thank you very much for your patience, coordination and (b)(5) We appreciate all that you are doing to make this important initiative a huge success.

Attached is the EM for the 11am East Room event for your Cabinet member, slide deck for your agency's 2pm event, and other important information. Brad Rateike has been in contact with each comms team to schedule your Cabinet member for the 10/3 Radio Row participation in the Indian Treaty Room from 9am until noon. Thank you in advance for making this messaging a priority.

Next Tuesday's COS meeting Senior Staff will be on hand to answer any questions or concerns that you may have. We will
(b)(5)

Thank you,
Ashley Gunn
Senior Director
Cabinet Affairs
(b)(6)

OS 294