# PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

## Time Records Report

| Staff | Date | Time | Description |
|---|---|---|---|
| **Public Citizen v. ED (Reg breakouts)** | | | |
| **Llewellyn, Patrick** | | | |
| | 5/2/2018 | 0.2 | Review and edit complaint |
| | 5/3/2018 | 0.1 | Draft and file notice of appearance |
| | 5/7/2018 | 0.1 | File return of service |
| | 6/27/2018 | 0.3 | Review and edit joint status report (.2) and email AP about the same |
| | 9/13/2018 | 0.2 | Review & edit joint status report |
| | 10/1/2018 | 0.1 | Review draft joint status report |
| | 10/25/2018 | 0.1 | Review & edit joint status report |
| | 11/16/2018 | 0.1 | Review draft email to AUSA re: outstanding issues |
| | **Staff total:** | **1.2** | |
| **Pulver, Adam** | | | |
| | 5/2/2018 | 0.5 | Draft complaint (.5) |
| | 5/3/2018 | 0.2 | File complaint and related documents |
| | 5/4/2018 | 0.2 | Review assignment and court docket updates (.1); review summons and coordinate service (.1) |
| | 5/9/2018 | 0.1 | Review standing order |
| | 6/7/2018 | 0.2 | Review answer (.1); review court order (.1) |
| | 6/15/2018 | 0.2 | Email AUSA re court-ordered meet and confer (.1); review email from AUSA re refusal to meet and confer (.1) |
| | 6/25/2018 | 0.1 | Email opposing counsel re meet and confer requirement (.1) |
| | 6/27/2018 | 1.1 | Email to AUSA re attempt to meet and confer (.1); further email correspondence in attempt to meet and confer (.1); draft proposed status report (.4); discuss status report with PDL (.1); review email from AUSA re status and revise proposed status report per same (.2); email correspondence with AUSA re final status report and filing (.2) |
| | 6/28/2018 | 0.1 | Review court orders |
| | 7/9/2018 | 0.2 | Review government production (.1); discuss with P. Llewellyn (.1) |
| | 7/16/2018 | 0.1 | Email AUSA re status report |
| | 7/18/2018 | 0.7 | Email AUSA re status (.1); draft status report and send to AUSA (.2); email AUSA again fre status (.1); revise status report and email AUSA again re status (.2); revise status report again after AUSA finally responds and file (.1) |
| | 7/19/2018 | 0.1 | Review court order |
| | 8/6/2018 | 0.2 | Review production |

| Date | Hours | Description |
|---|---|---|
| 8/10/2018 | 2 | Review redactions and compile chart (1.5) ; legal research re privilege assertions (.2); emails to AUSA re format and chart of redactions at issue (.1); draft proposed JSR and send to AUSA (.2) |
| 8/13/2018 | 0.1 | Finalize and file JSR |
| 9/4/2018 | 0.1 | Email to AUSA re status |
| 9/12/2018 | 0.1 | Email to AUSA re status and discuss strategy with PL (.1) |
| 9/13/2018 | 0.5 | Draft joint status report and send to AUSA (.3); finalize and file (.2) |
| 9/20/2018 | 1.5 | Review log of redactions and production and draft response to AUSA, including legal research (1.5) |
| 10/1/2018 | 0.4 | Review email from opposing counsel and send response (.1); further correspondence with AUSA and draft JSR (.2); finalize and file JSR (.1) |
| 10/24/2018 | 0.7 | Email to AUSA re failure to comply with court order (.1); follow-up correspondence (.1); drafting of JSR (.2); review email from AUSA and draft response (.2); discuss same with PDL (.1) |
| 10/25/2018 | 0.7 | Review documents and draft joint status report (.5); followup emails with AUSA (.2) |
| 10/26/2018 | 1.3 | Review additional productions and compare to earlier productions (.8); revise joint status report (.2); email with P. Llewellyn re same (.1); email with opposing counsel re same (.1): finalize and file (.1) |
| 11/16/2018 | 1.2 | Review email and supplemental production from AUSA; compare to previous production and analyze; draft response (1.0); followup email correspondence with AUSA (.2) |
| 11/19/2018 | 0.5 | Compare withholdings with other agencies productions and draft email to AUSA re same (.5) |
| 11/28/2018 | 0.1 | Follow up email to J. Cohen |
| 11/30/2018 | 0.3 | Review email from AUSA and draft response |
| 12/3/2018 | 0.6 | Review email from AUSA confirming info re documents (.1); review remaining redactions (.1) discuss outstanding documents with P. Llewellyn (.1); discuss outstanding redactions with A. Zieve (.2); email J. Cohen re same (.1) |
| **Staff total:** | **14.1** | |
| **Case total:** | **15.3** | |
| **Grand total** | **15.3** | |

**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

# Time Records Report

| Staff | Date | Time | Description |
|---|---|---|---|
| **Public Citizen v. ED (Reg breakouts)** | | | |
| **Llewellyn, Patrick** | | | |
| | 5/22/2019 | 0.3 | Read SJ memorandum opinion (.2), discuss w/A. Pulver (.1) |
| | 5/28/2019 | 0.1 | Review fee demand email |
| | 5/31/2019 | 0.1 | Review & edit motion for extension of time |
| | 6/11/2019 | 2.8 | Review & revise draft motion for attorneys' fees and costs |
| | 6/13/2019 | 0.1 | Revise Llewellyn declaration w/A. Pulver edits |
| | 6/13/2019 | 0.5 | Draft Llewellyn declaration |
| | 6/13/2019 | 0.2 | Review & edit A. Pulver declaration |
| | **Staff total:** | **4.1** | |
| **Pulver, Adam** | | | |
| | 5/22/2019 | 1.1 | Review opinion and discuss with team (1.0); calculate fees (.1) |
| | 5/28/2019 | 0.5 | Draft fee demand and legal research re fees (.5) |
| | 5/31/2019 | 0.7 | Email to AUSA re extension of time (.1); call to AUSA re extension of time (.1); drafting and filing of motion and proposed order re extension of time (.5) |
| | 6/3/2019 | 2.1 | Legal research for and drafting of fee motion (2.1) |
| | 6/4/2019 | 1.5 | Review of case record and drafting of fee motion (1.5) |
| | 6/5/2019 | 1.5 | Drafting of fee motion |
| | 6/6/2019 | 3 | Drafting of fee motion |
| | 6/7/2019 | 3.5 | Draft attorneys fee motion and supporting materials |
| | 6/11/2019 | 3.5 | Review P. Llewellyn comments and edits to fee brief and make responsive edits (1.5); draft declaration and prepare exhibits (2.0) |
| | 6/12/2019 | 2 | Revisions to fee brief and declaration (2) |
| | 6/13/2019 | 1.6 | Finalize declarations and exhibits (1.6) |
| | 6/18/2019 | 0.4 | Final proof edits and coordination of exhibits and tables (.4) |
| | 6/20/2019 | 0.2 | Finalize and file brief |
| | **Staff total:** | **21.6** | |
| | **Case total:** | **25.7** | |
| | **Grand total** | **25.7** | |