# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DL[1], *et al.*, on behalf of themselves  )
and all others similarly situated,  )
                                          )
                   Plaintiffs,  )
                                           )
                    v.  )
                                           )
THE DISTRICT OF COLUMBIA,  )
*et al.*,  )
                   Defendants.  )
                                           )

> **Plaintiffs' Exhibit 28**
> Civ. No. 05-1437 (RCL)

Civil Action No. 05-1437 (RCL)

## AFFIDAVIT OF MICHAEL P. DOWNEY

      I, Michael P. Downey, Esq., declare, pursuant to 28 U.S.C. 1746 and under the penalty of perjury, that the following is true and correct.

      **A.**      **Background and Qualifications.**

      1.      *Law Practice.* I am a legal ethics lawyer and founder of Downey Law Group LLC, a law firm devoted to legal ethics, law firm risk management, and the law of lawyering. Prior to starting Downey Law Group LLC in February 2015, I spent almost four years as a (non-equity) partner in the Litigation practice group at Armstrong Teasdale LLP in St. Louis, Missouri, and before that I worked for more than a decade at law firms employing between approximately 10 attorneys (Fox Galvin LLC) to more than 450 attorneys (Hinshaw & Culbertson LLP).

      2.      I am licensed to practice law in Missouri (since October 1998) and in Illinois (since May 1999). I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeal for the Seventh and Eighth Circuits, and United States District Courts including the United States District Courts for the Eastern and Western Districts of Missouri and the Central and Southern Districts of Illinois.

      3.      *Teaching.* In addition to my full-time law practice, I teach legal ethics and law firm practice management. I have taught as an adjunct professor at Washington University School of Law since 2001 and at St. Louis University School of Law since 2010. Courses that I have taught at Washington University School of Law include the legal ethics courses Practical Ethics for Civil Litigation (2003-05); Lawyer Ethics (2007 and 2009); and Ethics & Practice Management (2008, 2011 and 2013). In 2010, 2012, and 2014, I taught Legal Professions at St. Louis University School of Law. Each of these classes is a general legal ethics class, and satisfies students' requirement to take legal ethics before graduation. Since 2008, I have also taught a Washington

---

1        Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

University School of Law January intersession class titled Introduction to Law Firm Practice, which focuses on how law firms are structured and operate, develop clients, generate revenues, and compensate employees. Since 2003, I have regularly taught law students regarding law firm billing, including methods of billing, billing rates, ethical limitations on billing, and related issues.

4.     *Relevant Bar Committee Work.* I am active and have held leadership positions in numerous national, state, and local bar association committees related to legal ethics and law firm practice. This includes work as:

- Former chair of the American Bar Association (ABA) Law Practice Division, as well as service as the Secretary, Vice Chair, and Chair Elect of this group when it was known as the ABA Law Practice Management Section

- Former chair of the ABA Law Practice Division's Ethics Committee

- Past member of the ABA Task Force on the Future of Legal Education

- Past member and former chair of the Standing Committee on Professional Conduct of the Illinois State Bar Association (ISBA)

- Past member and former chair of the Professionalism & Ethics Committee of the Bar Association of Metropolitan St. Louis (BAMSL)

- Past member of the Missouri Bar and Missouri Supreme Court's Joint Task Force on the Future of the Profession

- Past member of the Technology Working Group for the ABA's Commission on Ethics 20/20

5.     *Publications and Presentations.* I authored the book *Introduction to Law Firm Practice* (ABA LPD 2010) and have published more than 150 articles, including columns that appear in the ABA publications *Litigation* and *Law Practice* and the BAMSL publication the *St. Louis Lawyer.* I have presented more than 500 times on professional ethics, mainly legal ethics.

6.     In December 2013, Missouri Lawyers Weekly named me a 2014 Most Influential Lawyer for my work as leader of the ABA Law Practice Division and as the "go-to legal ethics lawyer" in Missouri. I was also named one of the "Top 50 Lawyers in St. Louis" by *Super Lawyers* in October 2015, and also a "Super Lawyer" in 2016.

7.     I have been interviewed and quoted more than seventy-five times on professional (usually legal) ethics including by the *New York Times*, *ABA Journal*, *Illinois Bar Journal*, *National Law Journal*, and *Missouri Lawyers' Weekly*.

2

JA 503

8.      A copy of my curriculum vitae is attached as Exhibit A.

9.      *Expert witness work.* I have provided testimony – in person or by affidavit – in more than twenty cases including cases pending in Missouri, Illinois, and Kansas, and also previously in this case in the District of Columbia. I have also provided testimony in an arbitration matter pending in Pennsylvania. Many of the cases where I have testified relate to lawyer billing and ethical issues relating to legal fees and billing. My prior expert testimony is listed in Exhibit B to this affidavit.

10.      *Education.* I graduated first in my class from Washington University School of Law in May 1998. I also earned a graduate certificate in Law Firm Management from the College of Professional Studies at George Washington University in 2006. My bachelor's degree in Classics (Humanities) is from Georgetown University with honors.

11.      *Familiarity with Law Firm Billing and Related Issues, Including in the District of Columbia.* Through my legal practice and teaching, as well as from my work on bar committees related to law firm practice, I am familiar with the market practices and hourly rates for lawyers, including those for complex federal litigation nationally and in the Washington, D.C. market.  In addition, my teaching, speaking, and writing cause me to gather and review substantial amounts of information regarding law firm rates and billing. Also, over the course of my career, I have worked with a number of law firms in Washington, D.C., on issues related to firm management.

12.      Although I am located in the Midwest, my legal work, teaching, and bar activities cause me to be familiar with all major United States legal markets. My students also seek employment and work in all major United States legal markets, so I keep current on law firm practice trends throughout the country, particularly with regard to Washington, D.C., New York, Los Angeles, San Francisco, Denver, and Charlotte. Washington, D.C. is among the most significant legal markets in the country.  Washington, D.C. usually ranks second or third in terms of the most firms in the National Law Journal's annual list of the country's largest law firms, which in June 2016 was expanded to 500 firms.

### B.      Opinions in this Case.

13.      In my professional opinion, the market for complex federal litigation is a national market.  This means that firms from all over the country compete to handle such litigation.  The Washington, D.C. market is part of that national market.  Firms from around the country come into the Washington, D.C. market to handle cases in the federal courts and District firms handle cases in other markets.

14.      Some of this national competition is evidenced by the fact that many firms from around the country have offices in Washington, D.C.  It is also evidenced by the fact that firms from markets around the country, including my former firms Armstrong Teasdale LLP and Hinshaw & Culbertson LLP, come to Washington, D.C., to litigate in many of its federal courts,

3

including the Federal Circuit and the Supreme Court, which are unique to Washington, D.C.[2]

15.     Because of this flow of litigators, local and non-local firms compete in the market for complex federal litigation. This includes competition regarding billing rates.

16.     The market for complex federal litigation, in Washington, D.C. and elsewhere, is comprised of law firms of different sizes all of which compete against each other. Each of the firms in the market competes against each other to represent those who require the services of litigators experienced in complex federal litigation.

17.     Both firm size and firm overhead are not significant factors in the setting of hourly rates for complex federal litigation. Instead, rates are a function of the value of the services in the market. When setting rates for time-based billing, firms do not use cost-plus pricing. Most firms also normally do not consider overhead a major factor in setting rates.

18.     In some instances, firms charge a trial rate and a preparation rate. Such practices are unusual, however, and ordinarily do not occur in the handling of complex federal litigation. Rather, in such litigation, firms customarily bill a client one rate for a particular attorney irrespective of the type of legal activity performed by the attorney in the matter. The complexity of tasks is accounted for in two ways other than switching rates: the reasonableness of number of hours necessary to accomplish the task and the appropriateness of the experience level or seniority of the individual assigned to undertake the task. Thus, if it is appropriate to have senior counsel performing the task, the task is billed at the senior counsel's hourly rate.

19.     I am being paid $500 for the preparation of this revised affidavit.

Executed on this 21st day of September 2016.

_____
**MICHAEL P. DOWNEY**

---

2       The national character of the Washington, D.C. legal market is also seen in the fact that membership in the District of Columbia is open to most attorneys regardless of their geographical location.



# MICHAEL P. DOWNEY

Downey Law Group LLC
49 North Gore Avenue, Suite 2
Saint Louis, Missouri 63119
(314) 961-6644    (314) 482-5449 Cell
Mdowney@DowneyLawGroup.com

**EDUCATION**

2006    GEORGE WASHINGTON UNIVERSITY, Alexandria, Virginia
        Graduate Certificate in Law Firm Management        Grade Point:    4.0
        Program co-sponsored by the College of Professional Studies and Hildebrandt Institute

1998    WASHINGTON UNIVERSITY SCHOOL OF LAW, St. Louis, Missouri
        Juris Doctor            Class Rank: 1 of 211            Order of the Coif
        Executive Articles Editor, Washington University Law Quarterly
        Research Assistant to Dean Dorsey Ellis (1995-97) and Professor Stuart Banner (1996)

1994    WASHINGTON UNIVERSITY DEPARTMENT OF EDUCATION, St. Louis, Missouri
        Post-A.B. Teaching Certification, Latin Language

1992    GEORGETOWN UNIVERSITY, Washington, D.C.
        Bachelor of Arts, cum laude, Classics (Humanities)

**JUDICIAL CLERKSHIP**

1998-   U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT, Kansas City, Missouri
1999    Law Clerk for the Honorable Pasco M. Bowman, II, Chief Judge

**LAW SCHOOL TEACHING**

2010-   ST. LOUIS UNIVERSITY SCHOOL OF LAW, St. Louis, Missouri
        Adjunct professor teaching legal ethics in the Juris Doctor Program
        *Course taught:*        Spring 2010, 2012, 2014        Legal Professions

2000-   WASHINGTON UNIVERSITY SCHOOL OF LAW, St. Louis, Missouri
        Adjunct Professor teaching legal ethics and law firm practice in the Juris Doctor program (2003-)
        and Introduction to U.S. Law & Methods in the International LL.M. program (2001-02)
        *Courses:*    Fall 2007, Spring 2009        Lawyer Ethics
                Spring 2008, 2011, 2013        Ethics & Practice Management
                January 2008-16, Summer 2010        Introduction to Law Firm Practice
                Spring 2007        Litigation Ethics & Practice Management
                Spring 2003-05        Practical Ethics for Civil Litigation
                Spring 2002        Introduction to U.S. Law & Methods II
                Spring 2001        Introduction to U.S. Law & Methods

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 2 of 49

## PROFESSIONAL EXPERIENCE

2015-       DOWNEY LAW GROUP LLC, Saint Louis, Missouri
            Legal ethics lawyer and founder of a law firm devoted to legal ethics, law firm risk management,
            lawyer discipline defense, and the law of lawyering

2011-       ARMSTRONG TEASDALE LLP, St. Louis, Missouri
2015        Partner in the litigation practice group, with practice focused on complex civil litigation, ethics
            and discipline, risk management, and related matters for lawyers and other professionals

2007-       HINSHAW & CULBERTSON LLP, St. Louis, Missouri
2011        Partner in the national *Lawyers for the Profession*® practice group, with practice focused on
            ethics, discipline, risk management, and related matters for lawyers and accountants

2001-       FOX GALVIN, LLC, St. Louis, Missouri
2007        Partner (2006-07) and associate (2001-07) representing companies in civil litigation, including
            commercial, class action, environmental, and product liability cases; also advise lawyers and
            accountants on ethics and disciplinary issues

1999-       STINSON, MAG & FIZZELL, P.C., St. Louis, Missouri
2001        Associate primarily representing companies in civil litigation, including commercial,
            employment, and class-action matters, in Missouri and Illinois state and federal courts

1992-       SCHOOL DISTRICT OF THE CITY OF LADUE, St. Louis, Missouri
1995        Taught Latin I-V and coached soccer and chess


## PUBLICATIONS

### Books, Chapters & Monographs

2015        Chapter, *Legal Ethics and Lawyer Business Development, in* Grow Your Practice: Legal
            Marketing and Business. Development Strategies, New York State Bar Association (2015)

2011        Chapter, *Satisfying Ethical Obligations When Outsourcing Legal Work Overseas, in* intellectual
            property strategies for the 21st century corporation, John Wiley & Sons, Inc. (2011)

2010        Book, *Introduction to Law Firm Practice*, American Bar Association Law Practice Management
            Section (2010)

2006        *Monograph on Missouri Warnings Law*, in ABA Survey of State Product Liability Warnings,
            ABA Section of Litigation—Product Liability Committee (Summer 2006)

### Articles & Columns (Public)

2016        Column, *Managing a Law Firm Through Dissolution: Part II*, Law Practice (September/October
            2016)

2016        Column, *Responding to a Subpoena Seeking Client Information*, Litigation (Summer 2016)

2016        Column, *Eleven Tips for Managing and Protecting Client Records*, St. Louis Lawyer (July 2016)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 3 of 49

2016    Column, *Managing a Law Firm Through Dissolution: Part I*, Law Practice (July/August 2016)

2016    Column, *New ABA Opinion 474 helps define "joint responsibility" in fee-sharing arrangements*, St. Louis Lawyer (June 2016)

2016    Column, *Caught with an Adversary's Privileged Emails:* In re Eisenstein (2016), St. Louis Lawyer (May 2016)

2016    Column, *11 Ethics Guidelines for Alternative Fee Arrangements*, Law Practice (May/June 2016)

2016    Column, *Erin Andrews' Trial Shows Ethics Rule Is Needed*, National Law Journal (April 25, 2016)

2016    Column, *Upjohn Warnings*, Litigation (Spring 2016)

2016    Column, *Technically Truthful but Unethical Conduct Before Tribunals under* In re Krigel *and Rule 4-3.3(A)(3)*, St. Louis Lawyer (April 2016)

2016    Column, *Legal Ethics and Flexible Lawyer Staffing, Part II,* Law Practice (March/April 2016)

2016    Column, *Protect Yourself When Doing Business With Clients*, St. Louis Lawyer (March 2016)

2016    Column, *Legal Ethics and Flexible Lawyer Staffing, Part 1,* Law Practice (January/February 2016)

2015    Column, *Illinois Updates Its Legal Ethics Rules*, St. Louis Lawyer (December 2015)

2015    Column, *Don't Let the Grapes Sour When Lawyers Depart*, National Law Journal (November 23, 2015)

2015    Column, *Selling or Transferring a Law Practice*, Law Practice (November/December 2015)

2015    Column, *Adversity to a Colleague's Former Colleague*, Litigation (Fall 2015)

2015    Column, *A Client's Right to the Legal File*, St. Louis Lawyer (October 2015)

2015    Column, *Are You Handling Client Credit Card Payments Properly*, Law Practice (September/October 2015)

2015    Column, *Don't Be an Ostrich with Risk Management*, National Law Journal (August 10, 2015)

2015    Article, *Nine Ways to Build Your Law Practice by Publishing*, Law Practice Today (August 4, 2015)

2015    Column, *Lawyer Substance Abuse and Legal Ethics*, St. Louis Lawyer (August 2015)

2015    Column, *Legal Ethics and Loop Holes*, St. Louis Lawyer (July 2015)

2015    Column, *Responding to Media Reports About Your Client's Case*, Litigation (Summer 2015)

2015    Column, *Craft a Proper Partnership Agreement Now*, Law Practice (July/August 2015)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 4 of 49

2015    Column, *Protecting your client's (former) employees from opposing counsel*, St. Louis Lawyer (June 2015)

2015    Column, *10 Tips for Moving Client Work to a New Firm*, Law Practice (May/June 2015)

2015    Column, *Obtaining Evidence from Former Counsel*, Litigation (Spring 2015)

2015    Column, *11 tips for responding to an ethics complaint*, St. Louis Lawyer (May 2015)

2015    Column, *The Lawyer Ethics Lessons of Ferguson*, National Law Journal (April 27, 2015)

2015    Column, *Making your client's problems your problem*, St. Louis Lawyer (April 2015)

2015    Column, *Seven Tips to Keep Client Solicitations Ethical*, Law Practice (March/April 2015)

2015    Column, *Discovering an Adversary's Medical Records*, Litigation (Winter 2015)

2015    Column, *Comparing the attorney-client privilege and work-product protection*, St. Louis Lawyer (March 2015)

2015    Column, *Law Office Risk Management Checkup*, St. Louis Lawyer (February 2015)

2015    Column, *What's In A Name? Could Be Ethics Violations*, National Law Journal (January 12, 2015)

2015    Column, *Five Points to Know about Non-Compete Agreements for Lawyers*, St. Louis Lawyer (January 2015)

2015    Column, *11 Tips on How to Cease Representing a Troublesome Client*, Law Practice (January/February 2015)

2015    Article, *Legal Ethics and Developing New Clients*, St. Louis Bar Journal (Winter 2015)

2014    Column, *Assessing the fitness of future lawyers*, St. Louis Lawyer (December 2014)

2014    Column, *Law practice sales improved by ABA Formal Opinion 468*, St. Louis Lawyer (November 2014)

2014    Column, *When Can a Lawyer Cease Representing a Troublesome Client*, Law Practice (November/December 2014)

2014    Column, *A Hot Check Can Plunge A Lawyer Into Hot Water*, National Law Journal (October 6, 2014)

2014    Column, *Dealing with a colleague's health-related impairments*, St. Louis Lawyer (October 2014)

2014    Column, *Letters of Protection*, Litigation (Fall 2014)

2014    Column, *9 Legal Ethics Aspects of Lawyer Criminal Convictions*, St. Louis Lawyer (September 2014)

2014    Column, *Nine Tips for Referral Arrangements with Nonlawyers*, Law Practice
        (September/October 2014)

2014    Column, *Attorney Testimony to Enforce Settlement Agreements*, St. Louis Lawyer (August 2014)

2014    Column, *Perspectives: Buck Up and (Really) Innovate*, Law Practice (July/August 2014)

2014    Column, *Imputation of conflicts for government and non-government lawyers*, St. Louis Lawyer
        (July 2014)

2014    Column, *Time to Nix the Rule on "Specialist" Designations*, National Law Journal (June 16,
        2014)

2014    Column, *The Scope of the Duty to Preserve*, Litigation (Summer 2014)

2014    Column, *Googling jurors – ABA takes position*, St. Louis Lawyer (June 2014)

2014    Column, *Perspective: Handling Problematic Rainmakers*, Law Practice (May/June 2014)

2014    Column, *A lawyer's duty to supervise and ethics liability for subordinates' actions*, St. Louis
        Lawyer (May 2014)

2014    Column, *Soliciting legal business in person*, St. Louis Lawyer (April 2014)

2014    Column, *Accessing an Adversary's Emails*, Litigation (Spring 2014)

2014    Column, *Truth (and taste) in advertising: Jamie Casino and the ABA Marketing Conference*, St.
        Louis Lawyer (March 2014)

2014    Column, *Perspectives: Lawyers and Their Devices: Will Clients Show Interest*, Law Practice
        (March/April 2014)

2014    Column, *Handling emails for a lawyer who has exited the firm*, St. Louis Lawyer (February
        2014)

2014    Column, *Online Pretrial PR – Protected but Risky*, National Law Journal (January 27, 2014)

2014    Column, *Impact of GALs on application of the Anti-Contact Rule (Rule 4-4.2)*, St. Louis Lawyer
        (January 2014)

2014    Column, *Perspectives: The LP Division's Focus on Gender Equity*, Law Practice
        (January/February 2014)

2014    Column, *Threatening an Adversary*, Litigation (Winter 2014)

2013    Column, *Unpaid law student interns can help law firms provide pro bono legal services,* St.
        Louis Lawyer (December 2013)

2013    Article, *The Delicate Balance of Booting Judges*, National Law Journal (November 4, 2013)

2013    Column, *Professional Discipline for Personal Misconduct?* In re Hess (Mo. 2013) *defines the
        scope of Rule 4-3.1*, St. Louis Lawyer (November 2013)

Case 1:18-cv-00047-CKK   Document 89-18   Filed 06/28/18   Page 10 of 58
Case 1:05-cv-01437-RCL   Document 591-28   Filed 05/21/2018   Page 10 p 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 523 of 572
Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 6 of 49

2013    Column, *Perspectives: Digital Legal Marketing and the Threat to Client Confidences*, Law Practice (November/December 2013)

2013    Column, *Interfering with Client Relationships*, Litigation (Fall 2013)

2013    Column, *Hiding or Removing Harmful Social Media Posts*, St. Louis Lawyer (September 2013)

2013    Column, *Perspectives: Changes to Nonlawyer Ownership Coming from the Bottom Up*, Law Practice (September/October 2013)

2013    Column, *The Ethics of Attracting Attention through Search Engine Marketing*, St. Louis Lawyer (August 2013)

2013    Column, *Navigating* LinkedIn *Ethically and Effectively*, St. Louis Lawyer (July 2013)

2013    Column, *The Lying Client*, Litigation (Summer 2013)

2013    Column, *New rules on Missouri Lawyer Trust Accounts*, St. Louis Lawyer (June 2013)

2013    Column, *Evaluating Attorney-Fee Awards:* Berry v. Volkswagen Group, St. Louis Lawyer (May 2013)

2013    Column, *Ex Parte Contacts with an Adversary's (Former) Clients*, Litigation (Spring 2013)

2013    Column, *Broad Advance Waivers of Future Conflicts and* Galderma, St. Louis Lawyer (April 2013)

2013    Column, *What about financial assistance to clients?,* St. Louis Lawyer (March 2013)

2013    Column, *Communicating with an Unrepresented Adversary*, Litigation (Winter 2013)

2013    Column, *Ethics and the Virtual Law Office*, St. Louis Lawyer (February 2013)

2013    Column, *No Firing Clients to Cure Conflicts: the "Hot Potato" Doctrine*, St. Louis Lawyer (January 2013)

2012    Column, *Beware the Partner Trap*, National Law Journal (November 12, 2012)

2012    Column, *The Ethics of "Daily Deals,"* St. Louis Lawyer (November 2012)

2012    Column, *Sinister Secret Settlements*, Litigation (Summer/Fall 2012)

2012    Column, *Conflicts of Interest, Part III—Resolving a Conflict of Interest*, St. Louis Lawyer (October 2012)

2012    Article, *Dealing with Outside Counsel's Conflict of Interest, Part II—The Relationship's Over, Let's Litigate*, ACC-STL Focus Newsletter (September 2012)

2012    Column, *Conflicts of Interest, Part II—Analyzing Conflicts of Interest,* St. Louis Lawyer (September 2012)

2012    Column, *Conflicts of Interest, Part I—Identifying and Categorizing Clients*, St. Louis Lawyer (August 2012)

2012    Article, *Ethical Rules for Litigating in the Court of Public Opinion*, Section of Litigation Ethics & Professionalism E-Newsletter (Summer 2012); reprinted as *Litigating in the court of public opinion*, Missouri Lawyers Weekly (May 6, 2013)

2012    Column, *Legal ethics, online data storage, and proposed Rule 1.6(c)*, St. Louis Lawyer (July 2012)

2012    Column, *When Pled Allegations Hit the Newspapers*, Litigation (Spring 2012)

2012    Column, *Legal Q&A Websites and the Lessons of SC Opinion 12-03*, St. Louis Lawyer (June 2012)

2012    Article, *Pretexting and the Discovery of Social Media*, Litigation (Winter 2012)

2012    Article, *Dealing with Outside Counsel's Conflict of Interest (Part I)*, ACC-STL Focus Newsletter (April 2012)

2012    Article, *Building a Portable Book of Business*, Law Practice (March/April 2012)

2012    Article, *Lawyer Advertising,* In re Hunter*, and the First Amendment*, ABA Section of Litigation, First Amendment & Media Litigation website (March 2012)

2012    Participant, *Symposium on Legal Education's Response to the Economic Realities Facing the Profession* sponsored by www.LegalEthicsForum.com (February 2012)

2011    Column, *The Lawyer as Witness*, Litigation (Fall 2011)

2011    Article, *Why Law Firms Should Use Separation Agreements for Departing Lawyers:* Vance v. Griggs, Missouri Bar Journal (November-December 2011)

2011    Column, *Handling Flat Fees*, Litigation (Summer 2011)

2011    Article, *Happiness at a Law Firm -- Building a Portable Book of Business*, St. Louis Bar Journal (Fall 2011)

2011    Article, *Elements of an Effective Ethical Screen*, ABA/BNA Lawyers Manual on Professional Conduct (September 2011); shortened version published in *BNA's Corporate Counsel Weekly* (October 5, 2011)

2011    Column, *Counseling a Client to Waive Ineffective Assistance of Counsel—*Burgess v. State *(Mo. 2011) revisited*, St. Louis Lawyer (August 2011)

2011    Column, *Managing the Risks of Limited Scope Engagements under Missouri Rule 4-1.2*, St. Louis Lawyer (February 2011)

2010    Column (with Anthony Davis), *Protecting and Securing Client Information*, New York Law Journal (November 5, 2010)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 8 of 49

2010    Article, *Serious About Confidentiality*, National Law Journal (October 18, 2010)

2010    Column (with Anthony Davis), *Weighing the Risks of Suing for Fees*, New York Law Journal (September 7, 2010)

2010    Column, *"Material Adversity" and Former Client Conflicts:* Miess v. Port City Trucking, St. Louis Lawyer (August 2010)

2010    Article, *12 Tips for Reducing Online Dangers and Liabilities*, Law Practice (July/August 2010)

2010    Article, *Thanks for the Headache*, ABA Journal (March 2010)

2010    Column, *Sinner or Saint? Attorney-Client Relationships and Former Client Conflicts Under* St. Stanislaus, St. Louis Lawyer (March 2010) (Reprinted in Missouri Bar's *Precedent* 2011)

2009    Article, *Law Firm Online Activity Policy*, The Professional Lawyer (December 2009)

2009    Column, In re Coleman *and the Power to Settle,* St. Louis Lawyer (October 2009); reprinted in Missouri Bar's *Precedent* (Summer 2010)

2009    Column, *Surprise! Conflicts in Seemingly Unrelated Representations*, St. Louis Lawyer (July 2009)

2009    Column, *Is Your Firm Ready for Disaster*, St. Louis Lawyer (April 2009)

2009    Column, *Ethics and Leaving or Changing Law Firms*, St. Louis Lawyer (February 2009)

2008    Column, *Eye on Ethics: Recovering Fees When Lawyer-Client Relationships End*, St. Louis Lawyer (May 2008)

2008    Column, *Eye on Ethics: Ethics and Contingency Fees*, St. Louis Lawyer (April 2008); reprinted in Missouri Bar's *Precedent* (Spring 2012)

2008    Column, *Eye on Ethics: Eighth Circuit Explores the Crime-Fraud Exception to Privilege and the Work-Product Protection*, St. Louis Lawyer (February 2008) (Reprinted in Missouri Bar's *Precedent* 2011)

2007    Interview, *Profile in Professionalism: Meet John M. "Jack" Brant*, Winter 2007 ABA Center_Piece (December 2007)

2007    Article, *Don't Be Vague* in *Top 10 Ethics Traps*, ABA Journal (November 2007)

2007    Column, *Eye on Ethics: Rule 4-1.8(c) and the Solicitation of Gifts from Clients*, St. Louis Lawyer (July 2007)

2007    Column, *Eye on Ethics: The 2007 Amendments to the Missouri Rules of Professional Conduct*, St. Louis Lawyer (May 2007)

2007    Interview, *Eye on Ethics: Alan Pratzel—Missouri's New Chief Disciplinary Counsel*, St. Louis Lawyer (April 2007)

2007    Interview, *Profile in Professionalism: Meet William Freivogel*, Spring 2007 ABA Center_Piece (March 2007)

2007    Article, *E-Discovery Survival Guide for Litigators*, St. Louis Lawyer (February 2007)

2006    Column, *Ethics and E-Data Destruction*, For the Defense (December 2006)

2006    Column, *Ethical Obligations Upon Receiving Inadvertently Disclosed Privileged Metadata*, St. Louis Lawyer (December 2006)

2006    Article, *Eye on Ethics: Fee Sharing Among Lawyers*, St. Louis Lawyer (August 2006)

2006    Article, *Does a Conflict Vicariously Taint an Associated Firm?*, Litigation Ethics (Spring 2006 Issue, June 2006)

2006    Column, *Navigating an Insurer-Insured Conflict over Settlement*, For the Defense (May 2006)

2006    Column, *Advance Waivers of Future Conflicts*, For the Defense (April 2006)

2006    Column, *Eye on Ethics: Disclosing a Client's Intended Misconduct under Missouri and Illinois Law*, St. Louis Lawyer (January 2006)

2006    Column, *Ethics and Time-Based Billing*, Law Practice TODAY Webzine (January 2006)

2006    Column, *Defense Ethics and Professionalism: Distinct Issues—Use of Temporary Lawyers*, For the Defense (January 2006)

2005    Column, *Eye on Ethics: Ethics and Time-Based Billing*, St. Louis Lawyer (December 2005)

2005    Article, *Over the River and Through the MJP Thicket*, St. Louis Bar Journal (Fall 2005)

2005    Column, *Eye on Ethics: Does a Governmental Attorney-Client Privilege Protect John Roberts' Memoranda?*, St. Louis Lawyer (September 2005)

2005    Column, *Eye on Ethics: A Duty to Investigate Your Own Client?*, St. Louis Lawyer (July 2005)

2005    Column, *Defense Ethics and Professionalism: The Ethics of Bluffing*, For the Defense (June 2005)

2005    Column, *Eye on Ethics: Guidance on Multijurisdictional Practice Issues: Missouri Amends Rules 4-5.5*, St. Louis Lawyer (June 2005)

2005    Column, *Eye on Ethics: Clients with Diminished Capacity*, St. Louis Lawyer (January 2005)

2004    Column, *Defense Ethics and Professionalism: Avoid Discipline for Criticism*, For the Defense (December 2004)

2004    Column with Richard Ahrens, *Eye on Ethics: Improving the Advertising Rules: The Perspective of 2 Members of the BAMSL Professionalism & Ethics Committee*, St. Louis Lawyer (November 2004)

2004    Column, *Eye on Ethics: Missouri Bar Proposes New Rules on Lawyer Marketing; BAMSL Hosts Town Hall Meeting to Debate on September 10*, St. Louis Lawyer (September 2004)

2004    Column, *Eye on Ethics: Ethical Screens*, St. Louis Lawyer (July 2004)

2004    Article, *State changes ethics rules for accountants, lawyers*, St. Louis Business Journal (May 14-20, 2004) Reprint of *In Enron's Shadow*

2004    Article, *In Enron's Shadow, Missouri Quietly Adopts New Ethics Rules for All Accountants and Lawyers*, published by the Missouri Bar in Corporate Law Update: A Collection of Timely Articles for Law Day 2004 (April 2004)

2004    Column, *Eye on Ethics: The practice and unauthorized practice of law*, St. Louis Lawyer (February 2004)

2003    Column, *Eye on Ethics: Rules 1.8 and 5.7 and law-related businesses*, St. Louis Lawyer (December 2003)

2003    Column, *Eye on Ethics: A non-payer client may not interfere with legal representation*, St. Louis Lawyer (October 2003)

2003    Column, *Eye on Ethics: Attorneys are not "GLB" (covered by the Graham-Leach-Bliley Act)*, St. Louis Lawyer (September 2003)

2003    Column, *Eye on Ethics: What duties and responsibilities do attorneys owe prospective clients? The Missouri Supreme Court may adopt an answer,* St. Louis Lawyer (August 2003)

2002    Article, *Contacts with Agents and Former Agents of Represented Entities: The Missouri anti-contact rule past, present, and future,* St. Louis Lawyer (October 2002)

1998    Note, *The Jeffersonian Myth in Supreme Court Sedition Jurisprudence*, 76 Washington University Law Quarterly 683 (1998)

## Podcasts

2012-   *Ethics Sound Advice* Podcasts, American Bar Association Litigation Section, *available at http://www.americanbar.org/groups/litigation/resources/sound_advice/ethics.html* (posts normally monthly)

## Blog

2015    Contributor, *www.LegalTechnologyToday.com*

2012-14 Contributor, *www.MissouriEthicsLawyer.com*

2008-10 Contributor, *www.TheEthicalQuandary.com*

**PRESENTATIONS (Not on Client Matters)**

**On Legal Ethics & Law Practice**

2016    Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri (September 2016)

2016    Presentation, *Managing Risk in Partnership Agreements in an Anti-Jewel World*, American Bar Association Webinar (August 2016)

2016    Presentation, *Dealing with Ethical Issues in Your Practice, Part II: Ethics and Emerging Technologies*, Missouri Bar Association Telephone Seminar (August 2016)

2016    Presentation, *Legal Ethics Boot Camp*, Downey Law Group LLC, St. Louis, Missouri (August 2016)

2016    Presentation, *Legal Ethics I and II*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2016)

2016    Presentation, *Litigation Ethics*, U.S. District Court for the Eastern District of Missouri – Northern Division Bench & Bar Seminar, Hannibal, Missouri (June 2016)

2016    Presentation, *Ethics at Sunrise – Recent Developments*, Missouri Bar, St. Charles, Missouri (June 2016)

2016    Presentation, *Legal Ethics: To Mistakes That Lead to Malpractice*, National Business Institute, Fairview Heights, Illinois (June 2016)

2016    Presentation, *Recent Legal Ethics Developments: What Lawyers Need to Know*, Simon Law Firm, P.C., St. Louis, Missouri (June 2016)

2016    Presentation, *Dealing with an Opposing Party Who Is Proceeding Pro Se*, Missouri Bar Solo & Small Firm Conference, Lake Ozarks, Missouri (June 2016)

2016    Presentation, *Using Technology in Your Practice*, Missouri Bar Solo & Small Firm Conference, Lake Ozarks, Missouri (June 2016)

2016    Presentation, *Practical Ethics*, Springfield Bar Association, Springfield, Missouri (June 2016)

2016    Presentation, *Recent Legal Ethics Developments: What Lawyers Need to Know*, Springfield Bar Association, Springfield, MO (June 2016)

2016    Presentation, *Bad Reviews? Bad Response? Bad Idea!* ABA Law Practice Division Telephone Seminar (June 2016)

2016    Presentation, *Legal Ethics Update: Recent Developments in Missouri and Illinois Lawyer Regulation*, Law Library Association of St. Louis, St. Louis, Missouri (June 2016)

2016    Panelist, *Let the (Ethical) Games Begin!*, ABA Young Lawyers Division, St. Louis, Missouri (May 2016)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 12 of 49

2016   Presentation, *Legal Ethics*, Bar Association of Metropolitan St. Louis 27th Annual Estate
       Planning Institute, St. Louis, Missouri (April 2016)

2016   Presentation, *15 Tips for an Ethical Practice*,  Joint CLE Conference  of the Jackson County and
       Williamson County Bar Associations, Carbondale, Illinois (April 2016)

2016   Presentation, *Recent Developments in Missouri and Illinois Ethics*, Missouri and Southern Illinois
       Chapter of the American Board of Trial Advocates, St. Louis, Missouri (April 2016)

2016   Presentation, *Legal Ethics: Taking Perspective*, Downey Law Group LLC, St. Louis, Missouri
       (April 2016)

2016   Presentation, *Judicial Ethics*, Missouri Office of State Court Administration, Lake of the Ozarks,
       Missouri (March 2016)

2016   Presentation, *Ethics: What Attorneys Need to Know*, Illinois State Bar Association Advanced
       Workers Compensation Seminar – 2015, Fairview Heights, Illinois (February 2016)

2016   Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri
       (January 2016)

2015   Presentation, *Financial Management for Lawyers: Ethically Managing Law Firm Income*, ABA
       Law Practice Division (December 2015)

2015   Presentation, *Do You Really Know Your Client? How to Ethically & Effectively Use Law Practice
       Managers, Business Analysts, and Client Service Professionals*, ABA Law Practice Division
       (December 2015)

2015   Presentation, *Joint Representations: Avoiding Ethical Issues*, Lorman Education Services
       Telephone Seminar (December 2015)

2015   Presentation, *ARDC Complaints and Professionalism Considerations*, Land of Lincoln Legal
       Services Family Law Seminar, Collinsville, Illinois (November 2015)

2015   Presentation, *Legal Ethics: Keeping Lawyers Out of Trouble*, Missouri Lawyers Assistance
       Program (MOLAP) Conference, Chesterfield, Missouri (November 2015)

2015   Presentation, *The Ethics of Addressing Latent Sources of Corporate Liability*, Georgetown
       University Hotel & Lodging Legal Summit, Washington, DC (November 2015)

2015   Presentation, *Ethics of Cloud Computing*, Missouri Bar LexPort 2015, St. Charles, Missouri
       (October 2015)

2015   Presentation, *Legal Ethics & Technology*, Missouri Bar LexPort 2015, St. Charles, Missouri
       (October 2015)

2015   Presentation, *Ethics*, Illinois State Bar Association Advanced Workers Compensation Seminar –
       2015, Fairview Heights, Illinois (October 2015)

2015   Presentation, *Legal Ethics Obligations in E-Discovery*, Bar Association of Metropolitan St. Louis
       Fourth Annual E-Discovery Symposium, St. Louis, Missouri (October 2015)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 13 of 49

2015    Presentation, *Technology for the Mobile Lawyer*, Bar Association of Metropolitan St. Louis, St.
        Louis, Missouri (September 2015)

2015    Presentation, *Ethics Essentials for Staff and Outside Insurance Defense Counsel*, American Bar
        Association Tort & Insurance Practice Section, Philadelphia, Pennsylvania (September 2015)

2015    Presentation, *Nine Ways to Practice Smarter Not Harder*, Illinois State Bar Association, Fairview
        Heights, Illinois (September 2015)

2015    Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri
        (September 2015)

2015    Presentation, *Legal Ethics & Technology*, Bar Association of Metropolitan St. Louis, St. Louis,
        Missouri (June 2015)

2015    Presentation, *Law Firm Succession Planning*, Missouri Association of Trial Attorneys, Lake of
        the Ozarks, Missouri (June 2015)

2015    Presentation, *Ethics of Running a Law Practice in a Mobile World*, ALA Chicago Chapter,
        Chicago, Illinois (June 2015)

2015    Presentation, *The Role of a Lawyer and Legal Ethics*, Duke TIPS Program, St. Louis, Missouri
        (June 2015) (Two presentations)

2015    Presentation, *The Office: Are You Mother Goose?*, Missouri Bar Solo & Small Firm Conference,
        Branson, Missouri (June 2015)

2015    Presentation, *Law Firm Succession Planning: Ethical Issues in Retiring, Winding Down, Selling
        or Leaving a Law Practice*, Missouri Bar Solo & Small Firm Conference, Branson, Missouri
        (June 2015)

2015    Presentation, *Trial Advocacy – Ethics & Professionalism*, American College of Trial Lawyers, St.
        Louis, Missouri (June 2015)

2015    Presentation, *The Lawyer's Pen as Mighty Client-Finder: Writing for Business Development*,
        Illinois State Bar Association Telephone Seminar (June 2015)

2015    Presentation, *Ethics & Integrity: How to Develop and Lead as a Lawyer With a Stellar Personal
        Brand Presence – in Person and in Social Media/Advertising*, ABA Law Practice Division (June
        2015)

2015    Presentation, *15 Tips for an Ethical Law Practice*, Illinois State Bar Association Webinar (May
        2015)

2015    Presentation, *Social Media: The Impact on Lawyer Ethics, Malpractice, and Professionalism*,
        Missouri Bar Association Telephone Seminar (May 2015)

2015    Moderator, *Real World Ethical Issues in Pro Bono Practice*, Volunteer Lawyers & Accountants
        for the Arts, St. Louis, Missouri (May 2015)

Case 1:05-cv-01437-RCL    Document 397-18    Filed 05/26/10    Page 18 of 58
Case 1:05-cv-01437-CKK    Document 99-18    Filed 06/26/18    Page 18 of 58
USCA Case #18-7004    Document #1732051    Filed: 05/21/2018    Page 531 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 14 of 49

2015     Presentation, *Ethical Issues Involving Lawyers Moving Law Firms and Law Firm Breakups*, US Arbitration & Mediation, Collinsville, Illinois (May 2015)

2015     Presentation, *IPRP Underwriting Meetings Seminar*, London, England (April 2015)

2015     Presentation, *Ethics of Cloud Computing*, ABA Law Practice Division Telephone Seminar (April 2015)

2015     Presentation, *Cloudy with a Chance of Ethics – Making Educated Decisions When Choosing Cloud Services*, ABA TECHSHOW, Chicago, Illinois (April 2015)

2015     Presentation, *Legal Ethics of Sex and Drugs*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (April 2015)

2015     Presentation, *Ethics for Health Lawyers*, St. Louis Association of Health Lawyers, St. Louis, Missouri (April 2015)

2015     Presentation, *Appeal to Your Clients w/ Great Law Marketing*, Unidev, St. Louis, Missouri (March 2015)

2015     Presentation, *Cloud Computing Issues that Trip Lawyers Up*, American Bar Association Telephone Seminar (March 2015)

2015     Presentation, *Running an Ethical Law Practice in a Mobile World*, Greater Chicago Chapter of the Association of Legal Administrators, Chicago, Illinois (March 2015)

2015     Presentation, *Developments in Legal Ethics and Technology*, Missouri Bar Spring Committee Meetings, Jefferson City, Missouri (March 2015)

2015     Presentation, *Ethics*, Illinois State Bar Association Advanced Workers Compensation – 2015, Fairview Heights, Illinois (February 2015)

2015     Presentation, *Ethics and Cloud Computing: Cloud Computing Fundamentals for Lawyers*, ABA Center for Professional Responsibility Telephone Seminar (January 2015)

2015     Presentation, *Legal Project Management Stage 1: Introduction & Engaging with the Client*, American Bar Association Telephone Seminar (January 2015)

2015     Presentation, *Identifying and Resolving Conflicts of Interest for the Large Firm Lawyer*, Armstrong Teasdale LLP, St. Louis, Missouri (January 2015)

2014     Presentation, The Lawyer's Guide to Records Management and Retention, American Bar Association Law Practice Division Telephone Seminar (December 2014)

2014     Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2014)

2014     Presentation, *Legal Ethics*, Land of Lincoln Legal Services Family Law Seminar, Collinsville, Illinois (November 2014)

2014    Presentation, *The Interplay Between Ethics and LPL Claims and Protecting Against Damages from Companion Ethics Cases*, American Conference Institute's Advanced Forum on LPL/Legal Malpractice, New York, New York (November 2014)

2014    Presentation, *Limits on Lawyer Communications with Non-Lawyers*, Armstrong Teasdale (November 2014)

2014    Presentation, *Cyber Security Issues Facing Intellectual Property Law Firms*, Intellectual Property Risk Preferred group, Las Vegas, Nevada (November 2014)

2014    Presentation, *Trial Lawyers' Use of Social Media*, District of Connecticut Bench-Bar Conference, Portland, Connecticut (October 2014)

2014    Presentation, *The Ethics of Negotiation*, USA&M, St. Louis, Missouri (October 2014)

2014    Presentation, *The Legal Ethics of Technology 2014*, Missouri Bar's LexPort 2014, St. Charles, Missouri (October 2014)

2014    Presentation, *12 Ethics Tips for All Lawyers* and *Social Media and Its Impact on Lawyer Ethics, Malpractice, and Professional Responsibility*, Illinois State Bar Association ISBA's Solo & Small Firm Practice Institute, Fairview Heights, Illinois (September 2014)

2014    Presentation, *Current Issues in Legal Ethics & Emerging Technologies*, Missouri Bar Telephone Seminar, with rebroadcasts due to technical problems (September 2014)

2014    Presentation, *"I'll Practice Forever!" is Not Succession Planning: Ethical Issues in Retiring, Winding Down, Selling or Leaving a Law* Practice, Missouri Bar Annual Meeting, Kansas City, Missouri (September 2014)

2014    Presentation, *Legal Ethics I and II: Technology Issues & Ethics in the News*, Bar Association of Metropolitan St. Louis (June 2014)

2014    Presentation, *Legal Ethics Update 2014*, Armstrong Teasdale LLP, St. Louis, Missouri (June 2014)

2014    Presentation, *Multijurisdictional Practice Issues for Traveling Lawyers*, Armstrong Teasdale LLP, St. Louis, Missouri (June 2014)

2014    Presentation, *Legal Ethics & Emerging Technologies*, Hispanic Bar Association of St. Louis, Louis, Missouri (June 2014)

2014    Presentation, *Legal Ethics & Emerging Technologies*, Bryan Cave LLP, St. Louis, Missouri (June 2014)

2014    Presentation, *"I'll Practice Forever!" is Not Succession Planning: Ethical Issues in Retiring, Winding Down, Selling or Leaving a Law* Practice, St. Louis County Bar Association, St. Louis, Missouri (June 2014)

2014    Presentation, *Legal Ethics Lessons from My Dog*, Simon Law Firm Annual Seminar, St. Louis, Missouri (June 2014)

2014 Presentation, *Dealing with Difficult Opposing Counsel*, Law Library Association of St. Louis, St. Louis, Missouri (June 2014)

2014 Presentation, *Professional Ethics for Estate Planning Professionals*, St. Louis University Planned Giving Department, St. Louis, Missouri (June 2014)

2014 Presentation, *Teaching Ethics to Practicing Lawyers*, ABA National Conference on Professional Responsibility, Long Beach, California (May 2014)

2014 Presentation, *Social Media: The Impact on Lawyer Ethics, Malpractice, and Professionalism*, Missouri Bar Association Telephone Seminar (May 2014)

2014 Presentation, *Serving on Non-Profit Boards*, Volunteer Lawyers & Accountants for the Arts, St. Louis, Missouri (May 2014)

2014 Presentations, *The Ethics of Talking Online*, ABA Law Practice Division Law Firm Marketing Strategies Conference, St. Louis, Missouri (May 2014)

2014 Presentation, *Practical Lessons in Leadership*, ALI CLE-ABA Law Practice Division Telephone Seminar (April 2014)

2014 Presentation, *Ethical Issues with a Multijurisdictional Practice*, Illinois State Bar Association, Bloomington, Illinois (April 2014)

2014 Presentation, *The Top Ten Risk Management Issues Every Estate Planning Attorney Needs to Understand!,* Bar Association of Metropolitan St. Louis 25th Annual Estate Planning Institute, St. Louis, Missouri (April 2014)

2014 Presentation, *Legal Ethics & Emerging Technologies*, Shands Elbert Gianoulakis & Giljum, LLP, St. Louis, Missouri (April 2014)

2014 Presentation, *Legal Privilege I and II*, Missouri Association of Probate and Associate Circuit Judges Annual Meeting, Lake Ozarks, Missouri (April 2014)

2014 Presentation, *Spotting Current Client Conflicts of Interest in Patent Practice from Litigation to Opinions to Prosecution*, American Intellectual Property Law Association Telephone Seminar (April 2014)

2014 Presentation, *Trust and Estate Ethics,* Washington University School of Law Advanced Estate Planning & Drafting Course (March 2014)

2014 Presentation, *Avoiding Potential Legal & Business Conflicts of Interest When Developing New Clients and New Legal Work - Key Ethical Issues re: Business, Client Development and "Sales" for Lawyers*, Business Development Inc. Telephone Seminar (March 2014)

2014 Presentation, *Plenary Session: Inoculating Against Conflicts of Interest: What You Didn't Learn in Your Law School Ethics Class*, ABA Litigation Section Corporate Counsel CLE Seminar, Rancho Mirage, California (February 2014)

2014 Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri (January 2014)

2013    Keynote Presentation, *The Role of Professional Development Professionals for a Changing Legal Profession*, PDC, Washington, DC (December 2013)

2013    Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2013)

2013    Presentation, *Legal Ethics*, Land of Lincoln Legal Services Family Law Seminar, Collinsville, Illinois (November 2013)

2013    Presentation, *Ethics*, St. Louis University Business Associations Course, St. Louis, Missouri (November 2013)

2013    Presentation, *Who's Your Client*, Metropolitan Municipal Attorneys Association, St. Louis, Missouri (October 2013)

2013    Presentation, *Ten Ethical Considerations with Pro Bono Legal Work*, Legal Services of Eastern Missouri, St. Louis, Missouri (October 2013)

2013    Presentation, *Ethical Issues in Malpractice Litigation*, Missouri Bar, St. Louis, Missouri (October 2013)

2013    Presentation, *Using the Internet and Social Media*, BJC HealthCare, St. Louis, Missouri (October 2013)

2013    Presentation, *Ethics: Using the Internet and Social Media*, Illinois State Bar Association, Fairview Heights, Illinois (October 2013)

2013    Moderator, *My Partners' Keeper: Legal Ethics for Lawyer Supervisors and Supervised Lawyers*, ABA Law Practice Division/ABA Young Lawyers Division, Phoenix, Arizona (October 2013)

2013    Presentation, *Dealing with the Media on Client Matters*, Congress of School Attorneys, Jefferson City, Missouri (October 2013)

2013    Presentation, *Starting and Ending Lawyer-Client Relationships*, Illinois Credit Union League, Oak Brook, Illinois (September 2013)

2013    Presentation, *"I'll Practice Forever!" Is Not Succession Planning: Ethical Issues in Retiring, Winding Down, Selling or Leaving a Law Practice*, Missouri Bar, Columbia, Missouri (September 2013)

2013    Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri (August 2013)

2013    Presentation, *Attorney Conduct in Blogging, Social Media and Listservs*, Association of Professional Responsibility Lawyers, San Francisco, California (August 2013)

2013    Presentation, *Ethics,* Bar Association of Metropolitan St. Louis (June 2013)

2013    Presentation, *The Lawyer Who Kicked the Hornet's Nest: Ethical Rules for Litigating in the Court of Public Opinion*, Armstrong Teasdale LLP, St. Louis, Missouri (June 2013)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 18 of 49

2013    Presentation, *Ethical Issues in Trust and Estate Practice*, 25th Annual Advanced Estate Planning Techniques, NBI, St. Louis, Missouri (June 2013)

2013    Presentation, *Building a Safe, Successful & Ethical Law Practice*, St. Louis University, St. Louis, Missouri (June 2013)

2013    Presentation, *Conflicts of Interest*, Evans & Dixon PC, St. Louis, Missouri (June 2013)

2013    Presentation, *Legal Billing for the 21st Century Lawyer: The New Normal*, ABA CLE (June 2013)

2013    Presentation, *Ethics for the Business Lawyer: Conflicts of Interest*, ALI CLE Telephone Seminar (June 2013)

2013    Presentation, *Ethical Rules for Litigating in the Court of Public Opinion*, Armstrong Teasdale LLP, Washington, DC (June 2013)

2013    Presentation, *Protecting Client Information: Lawyer-Client Privilege and Confidentiality*, Law Library Association of St. Louis, St. Louis, Missouri (May 2013)

2013    Presentation, *Ethics for In-House Counsel: Client Identification, Conflicts and Confidentiality*, Bar Association of Metropolitan St. Louis Corporate Counsel Institute, St. Louis, Missouri (May 2013)

2013    Presentation, *Social Media: The Impact on Lawyer Ethics, Malpractice, and Professionalism*, Missouri Bar Telephone Seminar (May 2013)

2013    Presentation, *Ethics for the Business Lawyer: Confidentiality, Negotiation Ethics, and Multijurisdictional Practice*, ALI CLE Telephone Seminar (May 2013)

2013    Presentation, *Ethical Issues Arising from the Use of Emerging Technologies*, Missouri Bar Local Government and Technology Committees Joint Meeting, Jefferson City, Missouri (May 2013)

2013    Presentation, *Emerging Legal Issues with the Interactive Web: Ethics, Social Media, Privacy, Cloud Computing, and More*, AB InBev, St. Louis, Missouri (May 2013)

2013    Presentation, *What's New in Legal Ethics 2012-13*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (April 2013)

2013    Presentation, *Multijurisdictional Practice*, Illinois State Bar Association, Chicago, Illinois (April 2013)

2013    Presentation, *Legal Ethics & Social Media*, Danna McKitrick, P.C., St. Louis, Missouri (March 2013)

2013    Presentation, *Multistate Tax Commission Legal Ethics: Identifying Clients & Protecting Communications*, Multistate Tax Commission Meeting, St. Louis, Missouri (March 2013)

2013    Presentation, *10 Risk Management Tips for Improving Your Practice (and Life)*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (February 2013)

Case 1:05-cv-00437-CKK   Document 89-19   Filed 06/20/18   Page 23 of 58
Case 1:05-cv-01437-RCL   Document 89-18   Filed 06/20/18   Page 23 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 536 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 19 of 49

2013    Presentation, *Ethics*, Illinois State Bar Association Advanced Workers Compensation – 2013, Fairview Heights, Illinois (February 2013)

2013    Presentation, *The Ethics of Technology*, United States Arbitration and Mediation, Midwest Inc., St. Louis, Missouri (January 2013)

2013    Presentation, *Trust and Estate Ethics,* Washington University School of Law Advanced Estate Planning & Drafting Course (January 2013)

2013    Presentation, *Lawyers on Boards: Marketing and Ethics Issues*, Armstrong Teasdale LLP, St. Louis, Missouri (January 2013)

2012    Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2012)

2012    Presentation, *Ethics for Local Government Attorneys: Communications with Clients and the Media,* Missouri Bar Local Government Committee, Jefferson City, Missouri (November 2012)

2012    Presentation, *Confidentiality, Conflicts, and Dangerous Clients*, Association of Women Lawyers of Greater Kansas City, Kansas City, Missouri (October 2012)

2012    Presentation, *The Ethics of Ending Attorney-Client Relationships*, American Bar Association Telephone Seminar (October 2012)

2012    Presentation, *Advertising Rules, Marketing, and Advertising Strategies*, Missouri Bar Telephone Seminar (October 2012)

2012    Presentation, *The Legal Ethics of Technology*, Missouri Bar's LexPort 2012, St. Charles, Missouri (September 2012)

2012    Presentation, *Legal Ethics: Conflicts of Interest in Case Studies*, National Business Institute Webinar (September 2012)

2012    Presentation, *Social Media Ethics Game*, Association of Professional Responsibility Lawyers, Chicago, Illinois (August 2012)

2012    Presentation, *Ethics of Lawyer Advertising*, Bar Association of Metropolitan St. Louis (BAMSL), St. Louis, Missouri (June 2012)

2012    Presentation, *Delicate Balancing Act: Attorney-Client Privilege, Attorney Work Product, and Technology*, National Association of College & University Attorneys (NACUA), Chicago, Illinois (June 2012)

2012    Presentation, *The Ethics of Negotiation*, Armstrong Teasdale LLP, St. Louis, Missouri (June 2012)

2012    Presentation, *Who Is the Client and Reporting by Constituents*, Society of Corporate Secretaries & Governance Professionals, St. Louis, Missouri (June 2012)

2012    Presentation, *Ethics Update 2012*, Armstrong Teasdale LLP, St. Louis, Missouri (June 2012)

Case 1:05-cv-01437-CKK Document 89-19 Filed 06/28/18 Page 24 of 58
Case 1:05-cv-01437-RCL Document 597-28 Filed 05/28/18 Page 24 of 58
USCA Case #18-7004 Document #1732051 Filed: 05/21/2018 Page 537 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 20 of 49

2012   Presentation, *"Dirty Jobs" - The Relationship Between Inside and Outside Counsel: Alternative Fees*, Armstrong Teasdale LLP, Kansas City, Missouri (June 2012)

2012   Presentation, *Ethics Part I—Fees, Fee Sharing, and Liens* and *Ethics, Part II—Conflicts of Interest*, Simon Law Firm Annual Seminar, St. Louis, Missouri (June 2012)

2012   Presentation, *Ethics for the Business Lawyer*, ALI CLE Telephone Seminar (June 2012)

2012   Presentation, *Ethics and Social Media*, New York City Bar, International Legal Technology Association (ILTA) & West LegalEdcenter CFO/CIO/COO Forum, New York (June 2012)

2012   Presentation, *Conflicts for the Business Lawyer*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (May 2012)

2012   Presentation, *Effective Ethical Screens: Practical Tips for Avoiding Risks*, Hildebrandt Law Firm General Counsel Roundtable, Dallas, Texas (May 2012)

2012   Presentation, *Legal Ethics in Missouri: Attorney-Client Privilege and Work Product Protection" and "Engagement Agreements*," Lorman Education Services, St. Louis, Missouri (May 2012)

2012   Presentation, *Ethics of Social Networking*, ABA Section of State and Local Government Law Telephone Seminar (April 2012)

2012   Presentation, *Legal Marketing in a Web 2 .0 Environment: Top Ten Mistakes to Avoid*, ABA Litigation Section, Washington, DC (April 2012)

2012   Presentation, *Facebook or Face Plant? Limiting Ethical and Legal Risks from Social Networking*, Armstrong Teasdale Litigation Practice Group Associates, St. Louis, Missouri (April 2012)

2012   Presentation, *Ethical Considerations in Law Firm Breakups*, Madison County Bar Association, Collinsville, Illinois (April 2012)

2012   Presentation, *What Can Be Discovered? The Attorney-Client Privilege and Work Product Protection*, Family Business Legal Toolkit, St. Louis, Missouri (April 2012)

2012   Presentation, *Handing Down the Family Business: Ethical Lessons for Trust & Estate Counsel*, Peoples National Bank (April 2012)

2012   Presentation, *Ethics Update*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (April 2012)

2012   Presentation, *The "Big Bang Theory" Comes to Legal Fees and Litigation Funding*, ACC-St. Louis Chapter and Armstrong Teasdale LLP, St. Louis, Missouri (March 2012)

2012   Presentation, *When Consent Is Not Enough: Ethical Issues in Joint Representations*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (March 2012)

2012   Presentation, *Privilege for Employment Lawyers*, Bar Association of Metropolitan St. Louis Employment Law Section, St. Louis, Missouri (March 2012)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 21 of 49

2012      Presentation, *Business Successors and the Transpositional Attorney-Client Relationship*, Armstrong Teasdale LLP Corporate Services Group, St. Louis, Missouri (February 2012)

2012      Presentation, *Ethical Pitfalls in Client Billing and Fee Collection*, Strafford Publications Telephone Seminar (February 2012)

2012      Presentation, *Privilege*, BJC Compliance Department, St. Louis, Missouri (February 2012)

2012      Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri (January 2012)

2011      Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2011)

2011      Presentation, *Who Is Your Client*, Missouri Bar Annual Government Practice Institute, Jefferson City, Missouri (December 2011)

2011      Presentations, *Say What to Whom, When? Ex Parte Communications and Related Discovery Concerns* and *Rule Book, Law Book, Facebook: the Ethics of Social Media,* Missouri Bar Ethics In Litigation Program, St. Louis, Missouri (November 2011)

2011      Presentation, *Ethics - It Does Not Require a Wizard*, National Association of Regulatory Utility Commissioners (NARUC) Annual Meeting, St. Louis, Missouri (November 2011)

2011      Presentation, *What Estate Planning Lawyers Need to Know to Avoid Malpractice Claims, Peoples National Bank*, St. Louis, Missouri (November 2011)

2011      Presentation, *Associate Business Development Training*, ABA Law Firm Marketing Strategies Conference, Philadelphia, Pennsylvania (November 2011)

2011      Presentation, *Effects of Rankings & Ratings on the Legal Profession*, ABA Law Firm Marketing Strategies Conference, Philadelphia, Pennsylvania (November 2011)

2011      Presentation, *Technology and Law Firm Risk Management*, LeClairRyan, Richmond, Virginia (October 2011)

2011      Presentation, *Social Media, Intellectual Property, and Ethics*, Missouri Bankers Association Banking Legal Issues Seminar, Columbia, Missouri (October 2011)

2011      Presentation, *Ethics—An Unhealthy Situation*, St. Louis Health Lawyers Association—St. Louis, Missouri (October 2011)

2011      Presentation, *The Ethics of Preparing Your Case and Dealing with Difficult Adversaries*, Bar Association of Metropolitan St. Louis Product Liability Seminar, St. Louis, Missouri (September 2011)

2011      Presentation, *Ethics in a Wireless World*, Association of Legal Adminstrators Webinar (September 2011)

2011      Presentation, *Ethics*, St. Louis University School of Law Externship Program, St. Louis, Missouri (August 2011)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 22 of 49

2011    Presentation, *Ethics and Ending the Attorney-Client Relationship*, Strafford Publications Telephone Seminar (August 2011)

2011    Presentation, *eAttorney, miAttorney: How Technology has Changed Communication and Collaboration with Clients*, ABA Annual Meeting, Toronto, Canada (August 2011)

2011    Presentation, *A Saucerful of (Corporate) Secrets/Keeping Corporate Communications Privileged*, Armstrong Teasdale LLP, St. Louis, Missouri (July 2011)

2011    Presentation, *Ethics in the Wireless World*, ALA Mile High Chapter, Denver, Colorado (July 2011)

2011    Presentation, *Succession Planning for Solo and Small Firms Including How to Ethically Sell a Law Practice*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2011)

2011    Presentation, *Ethical Issues in Trust and Estate Practice*, 23rd Annual Advanced Estate Planning Techniques, NBI, St. Louis, Missouri (June 2011)

2011    Presentation, *Conflicts of Interest for the Business Lawyer*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2011)

2011    Presentation, *Ethics in a Wireless World*, Association of Legal Administrators—Gateway Chapter, St. Louis, Missouri (June 2011)

2011    Presentation, *Ethics in a Wireless World*, Louisville Bar Association, Louisville, Kentucky (June 2011)

2011    Presentation, *Ethics Update of Attorneys and Accountants*, Edward Jones 2011 Tax and Legal Continuing Education Seminar, St. Louis, Missouri (May 2011)

2011    Presentation, *Ethics and Board Membership*, Volunteer Lawyers and Accountants for the Arts, St. Louis, Missouri (May 2011)

2011    Panelist, *Large Firm Management Roundtable*, ABA Law Practice Management Section Meeting, Palm Springs, California (May 2011)

2011    Presentation, *Risk Management*, A Professional Liability Seminar for Large Law Firms, CNA, London, England (May 2011)

2011    Presentation, *Protecting against the Risks of Social Networking*, Hildebrandt Institute's Law Firm General Counsel Roundtable, Boston, Massachusetts (May 2011)

2011    Presentation, *Teaching New Lawyers About the Law Firm as a Business*, NALP 2011 Annual Education Conference, Palm Springs, California (April 2011)

2011    Presentation, *Legal Ethics for Whistleblower/Qui Tam Claims*, KCMBA, Kansas City, Missouri (April 2011)

2011    Presentation, *The Promise of Technology: New Challenges and Opportunities for Delivering Legal Services*, The University of the Pacific, McGeorge School of Law Conference "Ethics

20/20—Globalization, Technology and Transforming the Practice of Law," Sacramento, California (April 2011)

2011    Presentation, *Ethical Pitfalls & Important Terms in the Purchase/Sale of a Law Practice*, United States Arbitration and Mediation, Midwest Inc., St. Louis, Missouri (April 2011)

2011    Presentation, *Ethics in Bankruptcy Practice*, Missouri Bar Annual Bankruptcy Institute, Cape Girardeau, Missouri (March 2011)

2011    Presentation, *Regulation of Lawyer Advertising*, Hinshaw & Culbertson LLP Marketing Department, Chicago, Illinois (March 2011)

2011    Presentation, *Trust and Estate Ethics,* Washington University School of Law Estate Planning & Drafting Course (March 2011)

2011    Presentation, *Ethics and Legal Process Outsourcing*, Telephone Seminar sponsored by New York Law Journal and Pangea 3 (March 2011)

2011    Presentation, *Ethics,* Bar Association of Metropolitan St. Louis Labor & Employment Section, Clayton, Missouri (February 2011)

2011    Presentation, *On the Horizon: Is Susskind Right? Technology and the Future of Large Law Firms*, Legal Malpractice & Risk Management Conference, Chicago, Illinois (February 2011)

2011    Moderator, *The Growing Threats to Client (and Firm) Data—Managing Technology to Meet the Challenges*, Legal Malpractice & Risk Management Conference, Chicago, Illinois (February 2011)

2011    Presentation, *Ethics in Bankruptcy Practice*, Missouri Bar Annual Bankruptcy Institute, St. Louis, Missouri (February 2011)

2011    Presentation, *Social Media and Legal Ethics, Consumer Protection Conference*, ABA Antitrust Section, Washington, D.C. (February 2011)

2011    Presentation, *Panel discussion on Ethics of Pro Bono Work*, Bar Association of Metropolitan St. Louis Pro Bono Day, St. Louis, Missouri (January 2011)

2011    Presentation, *Ethics Rules for Trust Accounting with Precautions against Fraud and Money Laundering*, West LegalEdcenter telephone seminar (January 2011)

2011    Presentation, *Making Partner: Finding Your Equation for Success*, American Bar Association Telephone Seminar (January 2011)

2010    Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2010)

2010    Presentation, *Ethics & E-Discovery*, Missouri Bar Labor & Employment Law Symposium, Columbia, Missouri (November 2010)

2010    Presentation, *Who's the Client? Ethical Dilemmas of In-House Counsel*, Missouri Bar, St. Louis, Missouri (October 2010)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 24 of 49

2010    Presentation, *Advertising Rules, Marketing, and Advertising Strategies*, Missouri Bar Webinar (October 2010)

2010    Presentation, *Client Billing and Fee Collection: Ethical Considerations*, Stafford Publications Telephone Seminar (October 2010)

2010    Presentation, *Ethical Screens*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (October 2010)

2010    Presentation, *Risk Challenges of Changing Technology*, Hildebrandt Institute's Law Firm General Counsel Roundtable, Minneapolis, Minnesota (October 2010)

2010    Presentation, *Ethics in the Wireless World*, Association of Legal Administrators Region IV Meeting, Dallas, Texas (October 2010)

2010    Presentation, *Ethical Pitfalls for Solos*, American Bar Association Smart Soloing School Webcast (September 2010)

2010    Presentation, *Ethical Considerations Arising in the Simultaneous Defense of Collateral Criminal, Regulatory, Employment and Civil Neglect Claims*, DRI Nursing Home/ALF Litigation Conference, Chicago, Illinois (September 2010)

2010    Presentation, *Succession Planning and Business Survival*, West LegalEdcenter 2nd Annual Midwestern Law Firm Management Conference, Chicago, Illinois (September 2010)

2010    Presentation, *Changing Technology: Opportunities and Challenges*, Hildebrandt Institute's 9th Annual Law Firm General Counsels' Forum, New York, New York (September 2010)

2010    Presentation, *Fiduciaries: Are You One and What Does That Mean*, Estate Planning Counsel of St. Louis (September 2010)

2010    Presentations, *Law Firm Management* and *Law Firm Risk Management*, NBI Video Seminars, filmed in Minneapolis, Minnesota (August 2010)

2010    Presentation, *Hot Ethics Issues for Young Trial Lawyers (and the Young at Heart)*, ABA Criminal Justice Section, ABA Annual Meeting, San Francisco, California (August 2010) (Presidential CLE Centre Program)

2010    Presentation, *Food for Thought on the New Rules*, Illinois ARDC Hearing Board Meeting, Springfield, Illinois (July 2010)

2010    Presentation, *The Ethics of Social Media: Facebook, Twitter, LinkedIn*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2010)

2010    Presentation, *Ethical Issues in Trust and Estate Practice*, 22nd Annual Advanced Estate Planning Techniques, NBI, St. Louis, Missouri (June 2010)

2010    Presentation, *Ethics: Managing Relationships with Troubled Clients in Fuzzy Situations*, Missouri Bar Annual Real Estate Institute, Springfield, Missouri (June 2010)

Case 1:05-cv-01437-CKK   Document 597-28   Filed 06/28/18   Page 29 of 58
USCA Case #18-7004    Document #1732051    Filed: 05/21/2018    Page 542 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 25 of 49

2010    Presentation, *Ethics CLE—Confidentiality and Privilege*, Hinshaw & Culbertson LLP, St. Louis, Missouri (June 2010)

2010    Presentation, *How to Ethically Market Your Law Practice*, Simon Law Firm program (June 2010)

2010    Presentation, *Ethics: Managing Relationships with Troubled Clients in Fuzzy Situations*, Missouri Bar Annual Real Estate Institute, Columbia, Missouri (June 2010)

2010    Presentation, *Ethical Issues Facing Bankruptcy Practitioners*, United States Bankruptcy Court for the Eastern District of Missouri, St. Louis, Missouri (June 2010)

2010    Presentation, *Legal Ethics and Risk Management in Turbulent Economic Times*, Louisville Bar Association, Louisville, Kentucky (June 2010)

2010    Presentation, *Conflicts of Interest for the Business Lawyer*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2010)

2010    Presentations, *Legal Ethics in Missouri: Attorney-Client Privilege and Work-Product Protections* and *Engagement Letters*, Lorman Education Services, St. Louis, Missouri (June 2010)

2010    Presentation, *Protecting Client Confidences—It's Not That Simple*, St. Louis Law Firm Management Roundtable, Hinshaw & Culbertson LLP, St. Louis, Missouri (June 2010)

2010    Presentation, *Protecting Client Confidences—It's Not That Simple*, Kansas City Law Firm Management Roundtable, Hinshaw & Culbertson LLP, Kansas City, Missouri (June 2010)

2010    Presentation, *The Ethics of Social Media: Facebook, Twitter, LinkedIn*, Bar Association of Metropolitan St. Louis Bench & Bar, Lake Ozarks, Missouri (June 2010)

2010    Presentation, *Outsourcing and Ethical Issues*, International Trademark Association, Boston, Massachusetts (May 2010)

2010    Presentation, *The Supreme Court's Role in Attorney Disciplinary Matters*, Mound City Bar Association, St. Louis, Missouri (May 2010)

2010    Presentation, *Social Media: What's New, What's Dangerous, and What's Ethical?*, 29th Annual Corporate Counsel Institute, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (May 2010)

2010    Moderator, *The Ethics of Starting Your Own Firm*, American Bar Association Center for Professional Responsibility Telephone Seminar (May 2010)

2010    Presentation, *Ethics for the Business Lawyer: Confidentiality, Negotiation Ethics, and Multijurisdictional Practice*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (April 2010)

2010    Presentation, *Legal Ethics and Social Media*, Hinshaw & Culbertson LLP School Law Group, Chicago, Illinois (April 2010)

2010    Presentation, *Ethics for Private Client Lawyers ... and Others*, Bryan Cave LLP (April 2010)

Case 1:05-cv-01437-RCL   Document 89-12   Filed 05/20/10   Page 30 of 58
Case 1:05-cv-01437-RCL   Document 89-12   Filed 06/28/10   Page 30 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 543 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 26 of 49

2010    Presentation, *The Ethics of Getting Paid*, West LegalEdcenter Webinar (March 2010)

2010    Presentation, *Ethics for Public Defenders*, Missouri State Public Defender Office, 22nd Circuit (St. Louis City), St. Louis, Missouri (March 2010)

2010    Presentation, *Legal Ethics and Social Media*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (March 2010)

2010    Presentation, *Duty of Confidentiality under the New RPC 1.6*, Hinshaw & Culbertson, LLP, Chicago, Illinois (March 2010)

2010    Presentation, *Ethical Traps in the Use of Social Networking Sites Online*, 39th Annual Conference on Environmental Law, American Bar Association Section of Environment, Energy, and Resources, Salt Lake City, Utah (March 2010)

2010    Presentation, *Ethics (Paralegal Ethics and Billable Hours)*, St. Louis Association of Legal Assistants (March 2010)

2010    Presentation, *Stump the Panel* and *Managing Client and Law Firm Data, and What Gives When Client and Firm Policies Conflict*, Legal Malpractice & Risk Management Conference, Chicago, Illinois (March 2010)

2010    Presentation, *Conflicts of Interest: What Every Lawyer Needs To Know*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (February 2010)

2010    Presentation, *Trust and Estate Ethics,* Washington University School of Law Estate Planning & Drafting Course (February 2010)

2010    Presentation, *Ethics & Risk Management in a Wireless World*, Fox Galvin LLC, St. Louis, Missouri (January 2010)

2010    Presentation, *The Duty of Confidentiality Under the New RPC 1.6*, Hinshaw & Culbertson LLP General Counsel Roundtable, Chicago, Illinois (January 2010)

2009    Presentation, *Websites and Blogs: the Risks for Law Firms*, PLI Winter Ethic Program—2009, New York, New York (December 2009)

2009    Presentation, *The Ethics of Negotiation*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (December 2009)

2009    Presentation, *Selling Your Law Practice*, West LegalEdcenter Webinar (December 2009)

2009    Presentation, *Ethical Pitfalls for Practitioners*, ABA Connection Telephone Seminar (December 2009)

2009    Presentation, *Ethical Risks of Online Communications by Attorneys*, Strafford Publications Telephone Seminar (December 2009)

2009    Presentation, *Ethics Issues in a Tight Economy*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (November 2009)

2009    Presentation, *Law Marketing & Advertising Ethics Update—New Rules; New Tools*, ABA Law Practice Management Section Marketing Strategies Conference, Philadelphia, Pennsylvania (November 2009)

2009    Panelist, *The 2009 Annual International Conference Plenary Session*, Center for Academic Integrity, Clayton, Missouri (October 2009)

2009    Presentation, *Ethics in a Wireless World,* Association of Legal Administrators, St. Louis, Missouri (October 2009)

2009    Presentation, *How to Deal with the "Rambo" Litigator: Ethics—It's Legal, But Is It Right*, National Business Institute, Clayton, Missouri (September 2009)

2009    Presentation, *Preventing or Responding to Potential Employee Embezzlement at Law Firms,* ABA Law Practice Management Section Telephone Seminar (September 2009)

2009    Presentation, *Claims Against Lawyers by Non-Clients: Identifying and Reducing the Risks*, West LegalEdcenter Webinar (August 2009)

2009    Presentation, *Subrogation and Liens in Auto Accident Litigation: Ethics*, National Business Institute, Clayton, Missouri (August 2009)

2009    Presentation, *Ethical Conduct in Bankruptcy Proceedings*, National Business Institute Telephone Seminar (August 2009)

2009    Presentation, *Publishing and Publicizing Disciplinary Proceedings: Good or Bad?*, National Organization of Bar Counsel/Association of Professional Responsibility Lawyers Joint Program, Chicago, Illinois (August 2009)

2009    Presentation, *Ethical Pitfalls in Client Billing and Fee Collection*, Strafford Publications Telephone Seminar (July 2009)

2009    Presentation, *Ethical Implications of Marketing in a Web 2.0 World*, ABA Law Practice Management Section Telephone Seminar (July 2009)

2009    Presentation, *Business Law from A to Z: Avoiding Ethical Issues*, National Business Institute, Clayton, Missouri (July 2009)

2009    Presentation, *Automobile Cases from Start to Finish: Ethical Issues to Beware Of*, Institute for Paralegal Education, St. Louis, Missouri (June 2009)

2009    Presentation, *Negotiation Ethics: What Every Lawyer Needs to Know About Something Every Lawyer Does*, Minnesota CLE Webcast (June 2009)

2009    Presentation, *The Law Firm as a Business*, Hinshaw & Culbertson LLP, Chicago, Illinois (June 2009)

2009    Presentation, *Lawyer Ethics in Troubled Economic Times*, Simon Law Firm Program (June 2009)

2009    Presentation, *Lawyer Ethics and Risk Management in an Economic Downturn*, Louisville Bar Association, Louisville, Kentucky (June 2009)

2009    Presentation, *Ethics for the Business Lawyer: Confidentiality, Negotiation Ethics, and Multijurisdictional Practice*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2009)

2009    Presentation, *Ethical Issues in Real Estate*, Halfmoon Seminars, Clayton, Missouri (June 2009)

2009    Presentation, *Advanced Estate Planning Techniques: Ethical Issues in a Trust & Estate Practice*, National Business Institute, Clayton, Missouri (June 2009)

2009    Presentation, *Effective New Business Intake Management*, Thomson Elite Users Conference, San Diego, California (June 2009)

2009    Presentation, *The Ethics of Social Networking Sites and Other Electronic Media*, 24th Annual What's New in Legal Ethics and Fee Disputes Seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2009)

2009    Presentation, *Managing the Risk of Lateral Movement and Law Firm Mergers*, Hinshaw & Culbertson LLP Law Firm Management Roundtable, St. Louis, Missouri (June 2009)

2009    Presentation, *Managing the Risk of Lateral Movement and Law Firm Mergers*, Hinshaw & Culbertson LLP Law Firm Management Roundtable, Kansas City, Missouri (June 2009)

2009    Presentation, *Finding a (Fun and Profitable) Niche Practice*, Hinshaw & Culbertson LLP, St. Louis, Missouri (May 2009)

2009    Presentation, *Conflicts of Interest for the Business Lawyer*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (May 2009)

2009    Presentation, *Ethical Implications of Marketing in a Web 2.0 World: From Facebook to LinkedIn, Websites to Blogs*, ABA Law Practice Management Section and Young Lawyers Division, New Orleans, Louisiana

2009    Presentation, *Legal Ethics*, Harpo Inc./LexisNexis, Chicago, Illinois (March 2009)

2009    Presentation, *Disciplinary Hearing Officer Training: The Respondent's Perspective*, Missouri Supreme Court Advisory Committee, Columbia, Missouri (March 2009)

2009    Presentation, *Lawyer Ethics and Risk Management in an Economic Downturn*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (March 2009)

2009    Presentation, *Risk Management and Electronic Advertising—Websites and E-mail*, Legal Malpractice & Risk Management Conference, Chicago, Illinois (March 2009)

2009    Presentation, *The Ethics of Billing*, West LegalEdcenter Webinar (February 2009)

2009    Presentation, *Reining in Rambo Lawyers*, Missouri Bar Young Lawyers Division, St. Louis, Missouri (February 2009)

2009    Presentation, *Trust and Estate Ethics,* Washington University School of Law Estate Planning & Drafting Course (January 2009)

2009    Presentation, *The Ethics of Negotiation*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (January 2009)

2008    Presentation, *Conflicts and Solicitation* for *Lessons in Professional Responsibility: Learned from the Illinois Law Practice of Abraham Lincoln*, Illinois State Bar Association CLE Video Production (taped December 2008)

2008    Presentation, *The Ins and Outs of Privilege Reviews*, West LegalEdcenter Webinar (December 2008)

2008    Presentation, *Ethical, Effective and Enjoyable Lawyering: Billing Ethics*, DRI Lawyers Professionalism & Ethics Telephone Seminar (December 2008)

2008    Presentation/Moderator, *Ethics of Practice Management*, Missouri Bar Telephone Seminar (December 2008)

2008    Presentation, *Ethical Risks of Offshore Outsourcing of Legal Services*, Strafford Publications Telephone Seminar (December 2008)

2008    Presentation, *Trust & Estate Ethics*, Milwaukee Bar, Milwaukee, Wisconsin (December 2008)

2008    Presentations, *Preparing Experts for Deposition* and *Ethics and the Use of Experts*, NBI, St. Louis, Missouri (November 2008)

2008    Presentation, *Ethics for Entrepreneur*, Center for Emerging Technologies, St. Louis, Missouri (November 2008)

2008    Presentation, *Legal Ethics*, Washington University Office of General Counsel, St. Louis, Missouri (October 2008)

2008    Presentation, *Loss Prevention in Cyberia: Promoting Basic Digital Hygiene in Your Firm*, Aon 2008 Large Firm Risk Management Symposium, Chicago, Illinois (October 2008)

2008    Presentation, *Professional Responsibility I: Trust Accounts & Privilege*, Hinshaw University: Hinshaw & Culbertson LLP, Chicago, Illinois (October 2008)

2008    Presentation, *Ethical Risks of Offshore Outsourcing of Legal Services*, Strafford Publications Telephone Seminar (October 2008)

2008    Presentation, *Collecting Your Fee When the Lawyer-Client Relationship Sours*, West LegalEdcenter Webinar (September 2008)

2008    Moderator, *Avoiding Common Mistakes Associates Make in Client Communications*, ABA Law Practice Management Section Telephone Seminar (September 2008)

2008    Presentation, *Drafting LLC Agreements: Ethics*, NBI, Clayton, Missouri (September 2008)

2008    Presentation, *Marketing on the Internet in the 21st Century: Modern Technology Meets Lawyer Regulation*, Association of Professional Responsibility Lawyers, New York, New York (August 2008)

Case 1:05-cv-01437-RCL   Document 99-18   Filed 06/20/18   Page 34 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 547 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 30 of 49

2008    Presentation, *Joining and Excelling in a Firm—Money Issues: The Market for Legal Services and Billing & Profitability*, American Bar Association Law Student Division/Law Practice Management Section, New York, New York (August 2008)

2008    Presentation, *Ethical Risks of Offshore Outsourcing of Legal Services*, Strafford Publications Telephone Seminar (August 2008)

2008    Presentation, *Engagement Letters and Conflict Waivers*, Hinshaw & Culbertson LLP, St. Louis, Missouri (July 2008)

2008    Presentation, *The Anti-Contact Rule*, West LegalEdcenter Webinar (July 2008)

2008    Presentation, *Advanced Estate Planning Techniques: Ethical Issues in a Trust & Estate Practice*, National Business Institute, Clayton, Missouri (June 2008)

2008    Presentation, *Law Office Management & Economics Breakfast Symposium: "Making Alternative Billing Work,"* 132nd Illinois State Bar Association Annual Meeting, St. Louis, Missouri (June 2008)

2008    Presentation, *Post SOX Legal Ethics: Considerations in a Changing Corporate Legal Environment*, Navistar/LexisNexis, Warrenville, Illinois (June 2008)

2008    Presentation, *Dealing with Difficult Clients*, 23rd Annual What's New in Legal Ethics and Fee Disputes Seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (May 2007)

2008    Presentation, *Ethics for the Business Lawyer: Confidentiality, Negotiation Ethics, and Multijurisdictional Practice*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2008)

2008    Presentation, *Special Issues for Government Lawyers and Private Sector Lawyers Practicing Before Government Agencies*, Law Seminars International, Chicago, Illinois (June 2008)

2008    Presentations, *Legal Ethics in Missouri: Attorney-Client Privilege and Work-Product Protections* and *Engagement Letters*, Lorman Education Services, St. Louis, Missouri (June 2008)

2008    Presentation, *Navigating an Ethical Complaint in a Sea of Uncertainty*, Missouri Solo & Small Firm Conference, Osage Beach, Missouri (June 2008)

2008    Presentation, *Keeping Rambo Lawyers in Retirement—A Review of Federal Sanctions Law*, Clerk's Retreat, United States District Court for the Eastern District of Missouri, St. Louis, Missouri (June 2008)

2008    Presentation, *Lawyer Ethics and Legal Websites*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2008)

2008    Presentation, *Good Culture: Moving Beyond Loss Prevention in Law Firms*, 34th Annual National Conference on Professional Responsibility, American Bar Association Center for Professional Responsibility, Chicago, Illinois (May 2008)

2008    Group Facilitator, *Living a Life in the Law: Managing Up, Down, & Around*, ABA Law Practice Management Section Spring Meeting, Santa Fe, New Mexico (May 2008)

Case 1:05-cv-01437-CKK   Document 597-18   Filed 06/28/18   Page 35 of 58
Case 1:05-cv-01437-RCL   Document 597-28   Filed 06/28/18   Page 85 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 548 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 31 of 49

2008    Presentation, *Conflicts of Interest Within Corporate Legal Departments and With Outside Firms*, Ethics Seminar co-sponsored by the Association of Corporate Counsel—Chicago Chapter and Hinshaw & Culbertson LLP, Chicago, Illinois (May 2008)

2008    Presentation, *Attorney/Client Privilege and Electronic Communications from an Ethics Perspective*, American College of Investment Council (ACIC) 2008 Spring Forum, Chicago, Illinois (April 2008)

2008    Presentation, *Reprise of "Ethical Considerations" from ISBA's The Ongoing Struggle: Balancing of Students' Education Rights v. Students' Safety*, Hinshaw & Culbertson, LLP School Law Group (April 2008)

2008    Presentation, *Litigation Ethics*, Hinshaw & Culbertson, LLP Trial Advocacy Program, Chicago, Illinois (March 2008)

2008    Presentation, *Conflicts of Interest for the Business Lawyer*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (March 2008)

2008    Presentation, *Ethics and Alternative Billing*, American Bar Association Law Practice Management Section Finance Core Group Telephone Conference (March 2008)

2008    Presentation, *Ethics and Paralegal Billing*, St. Louis Association of Legal Assistants, St. Louis, Missouri (March 2008)

2008    Presentation, *Various Ethics Issues for the Trusts and Estates Practitioner*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (March 2008)

2008    Presentation/Moderator, *Advertising for the Next Generation: From Billboards to Blogs*, ABA Center for Professional Responsibility Telephone Seminar (March 2008)

2008    Presentation, *Fee Disputes: New Solutions to an Old Problem*, Legal Malpractice & Risk Management Conference, Chicago, Illinois (February 2008)

2008    Presentation, *Insurance Defense Ethical Issues* and *Ethics and Experts*, Hinshaw & Culbertson LLP, Belleville, Illinois (February 2008)

2008    Presentation, *Back to Basics—Common Ethical Questions Facing Bankruptcy Practitioners*, Missouri Bar Annual Bankruptcy Institute, St. Louis, Missouri (February 2008)

2008    Column, *Eye on Ethics: Eighth Circuit Explores the Crime-Fraud Exception to Privilege and the Work-Product Protection*, St. Louis Lawyer (February 2008)

2008    Presentation, *The Missouri Anti-Contact Rule* and *The Attorney-Client Privilege*, Hinshaw & Culbertson LLP, St. Louis, Missouri (January 2008)

2007    Presentation, *Practicing With Non-Lawyers and in "Law-Related Businesses,"* DRI Lawyers Professionalism & Ethics Telephone Seminar (December 2007)

2007    Presentation, *Ethical Risks of Legal Outsourcing*, Strafford Publications Telephone Seminar (December 2007)

Case 1:05-cv-01437-RCL   Document 597-28   Filed 06/28/18   Page 36 of 58
Case 1:05-cv-01437-CKK   Document 89-12   Filed 05/29/18   Page 36 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 549 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 32 of 49

2007    Presentation/Moderator, *The Ethics of Practice Management*, Missouri Bar Telephone Seminar (December 2007)

2007    Presentation, *Professional Responsibility and Ethics Issues*, Illinois State Bar Association Basic Skills Program, Chicago, Illinois (December 2007)

2007    Presentation, *Problems in Ex Parte Communications with Adversaries, Experts, & Witnesses* and *Recurring Conflict of Interest Issues in Litigation*, Missouri Bar, St. Louis, Missouri (November 2007)

2007    Presentation/Moderator, *The Top Ethics Traps for Lawyers*, ABA Connection Telephone Seminar (November 2007)

2007    Presentation, *Professional Responsibility and Ethics Issues*, Illinois State Bar Association Basic Skills Program, Springfield, Illinois (November 2007)

2007    Moderator, *10x10 Extreme Marketing: Best Practice Case Studies*, American Bar Association Law Practice Management Law Firm Marketing Strategies Conference, Washington, D.C. (November 2007)

2007    Presentation, *Small and Medium Firms & Update on Marketing Ethics*, American Bar Association Law Practice Management Law Firm Marketing Strategies Conference, Washington, D.C. (November 2007)

2007    Presentations, *Ethics I and II*, Edward Jones Tax & Legal Professionals Continuing Education Series, Kansas City, Missouri (November 2007)

2007    Presentation, *Ethics of Negotiation*, Virginia CLE Telephone Seminar (October 2007)

2007    Presentation, *Ethics in Preparing and Representing Witnesses at Deposition*, West LegalEdcenter Webinar (October 2007)

2007    Presentation, *Ethics and Expert Witnesses*, Lawyers Professionalism and Ethics Committee, DRI Annual Meeting, Washington, DC (October 2007)

2007    Presentation, *The Privilege Review*, Fox Galvin, LLC (July 2007)

2007    Moderator, *Collecting Your Fee: Ethically Getting Paid from Intake to Invoice*, ABA Law Practice Management Section Telephone Seminar (June 2007)

2007    Presentation, *Missouri Legal Ethics: Attorney-Client Privilege and Work Product Protections*, Lorman Education Services, St. Louis, Missouri (June 2007)

2007    Presentation, *The 2007 Amendments to Missouri's Rules of Professional Conduct*, BJC Healthcare, St. Louis, Missouri (June 2007)

2007    Presentation, *Lawyer Ethics and Legal Websites*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (June 2007)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 33 of 49

2007    Presentation, *Embedded Data and Other Invisible Confidences*, 33rd Annual National Conference on Professional Responsibility, American Bar Association Center for Professional Responsibility, Chicago, Illinois (June 2007)

2007    Presentation, *The New, New, New Missouri Rules of Professional Conduct*, 21st Annual What's New in Legal Ethics Seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (May 2007)

2007    Presentation, *Conflict Issues for Illinois Practitioners: Small Firms, Sole Practitioners and Laterals*, Illinois State Bar Association Practical Ethical Advice Seminar, Collinsville, Illinois (April 2007)

2007    Presentation/Moderator, *Conflicts and Conflict Waivers*, ABA Law Practice Management Section Telephone Seminar (April 2007)

2007    Presentation, *Comparative Professional Ethics: Lawyers & CPAs*, Comparative Professional Ethics Class, Washington University School of Law, St. Louis, Missouri (March 2007)

2007    Presentation, *The Ethics of Negotiation*, American Law Institute | American Bar Association (ALI-ABA) Telephone Seminar (March 2007)

2007    Judge for *Demonstration Daubert Hearing*, Seventeenth Annual Association for Environmental Health and Science Meeting and West Coast Conference, San Diego, California (March 2007)

2007    Presentation, *Ethics*, St. Louis Chapter of the Institute of Internal Auditors, St. Louis, Missouri (January 2007)

2006    Presentation/Moderator, *The Ethics of Managing Multistate Law Practices*, ABA Law Practice Management Section Telephone Seminar (December 2006)

2006    Presentation, *Ethics and the Acquisition of Clients in an Internet World*, West LegalEdcenter (West Group)/NBI Webcast (December 2006)

2006    Presentation, *Changes to the Federal Rules of Civil Procedure*, Fox Galvin, LLC, St. Louis, Missouri (December 2006)

2006    Column, *Ethical Obligations Upon Receiving Inadvertently Disclosed Privileged Metadata*, St. Louis Lawyer (December 2006)

2006    Presentation, *Ethics and the New Federal Rules of Civil Procedure*, Applied Discovery 2006 Holiday Webinar Series (December 2006)

2006    Presentation/Moderator, *The Ethics of Practice Management*, Missouri Bar Telephone Seminar (December 2006)

2006    Presentation, *Ethics and Professionalism Issues in Investigation and Discovery*, DRI Lawyers Professionalism & Ethics Telephone Seminar (December 2006)

2006    Presentation, *Ethics Update*, Special Education: A Review of the Basics of Due Process, Illinois State Bar Association Law Ed CLE, Springfield, IL (November 2006)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 34 of 49

2006     Presentation, *Tricky Ethical Issues Through Lawyer Jokes*, The Boeing Company, St. Louis, Missouri (October 2006)

2006     Presentation, *Ten Unexpected Ethical Traps and How to Avoid Getting Snared*, DRI Asbestos Medicine Seminar, Las Vegas, Nevada (October 2006)

2006     Presentation, *Employee Monitoring versus Privacy Rights*, Fox Galvin Employment Law Seminar 2006, St. Louis, Missouri (October 2006)

2006     Presentation, *DoubleE: Ethics and E-Discovery*, Bar Association of Metropolitan St. Louis Telephone Seminar (October 2006)

2006     Presentation, *Crossing State Lines—Ethical and Malpractice Issues Arising from Multijurisdictional Practice*, DRI Annual Meeting, San Francisco, California (October 2006)

2006     Presentation, *Do You Know, Do You Care? How to Make Ethics CLEs More Lively*, Association of Professional Responsibility Lawyers, Santa Monica, California (July 2006)

2006     Presentation, *Ethical Considerations in E-Discovery,* Applied Discovery Summer 2006 Webinar Series (July 2006)

2006     Judge for *Mock Daubert Trial*, National Groundwater Association Ground Water and Environmental Law Conference, Chicago, Illinois (July 2006)

2006     Presentation, *Expert Witness or Hired Hack: When Paid Witnesses Advocate Too Much*, National Groundwater Association Ground Water and Environmental Law Conference, Chicago, Illinois (July 2006)

2006     Presentation, *Insurance Defense Ethical Issues*, Fox Galvin, LLC, St. Louis, Missouri

2006     Article, *Does a Conflict Vicariously Taint an Associated Firm?*, Litigation Ethics (Spring 2006 Issue, June 2006)

2006     Presentation, *Ethical Issues in Insurance Defense and Coverage Practice*, DRI Lawyers Professionalism & Ethics Telephone Seminar (June 2006)

2006     Presentation, *Update on Missouri Ethics Law 2006,* 20th Annual What's New in Legal Ethics Seminar: The Mind of the Virtuous Lawyer . . . and More, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2006)

2006     Column, *Navigating an Insurer-Insured Conflict over Settlement*, For the Defense (May 2006)

2006     Presentation, *Empowered Paralegals: The Ethics of Serving As and Using Paralegals*, St. Louis Association of Legal Assistants, St. Louis, Missouri (May 2006)

2006     Presentation, *How to . . . Deal with the Procrastinating Client*, 17th Annual Estate Planning Institute, Bar Association of Missouri St. Louis Probate & Trust Section, St. Louis, Missouri (April 2006)

2006     Presentation, *Using Client Surveys to Improve Your Practice*, American Bar Association Law Practice Management Section Telephone Seminar (March 2006)

2006    Presentation, *Humorous Update on Ethics in a Probate & Trust Practice*, Bar Association of Missouri St. Louis Probate & Trust Section, St. Louis, Missouri (March 2006)

2006    Presentation, *Legal Ethics through Lawyer Jokes: Should it hurt when they laugh?*, Young Lawyers' Section of the Missouri Bar, St. Louis, Missouri (February 2006)

2006    Presentation, *Faith and Law—Integrating Christian Faith and a Private Legal Practice*, Webster Groves Presbyterian Church (February 2006)

2006    Presentation, *Top 10 Ethics Issues for Volunteers*, Volunteer Lawyers and Accountants for the Arts, St. Louis, Missouri (January 2006)

2006    Presentation, *Tax Practitioner? Meet Circular 230*, Bar Association of Metropolitan St. Louis Telephone Seminar (January 2006)

2005    Presentation, *Ethical Advertising and Multijurisdictional Practice*, West LegalEdcenter (West Group)/NBI Audio-Only Webcast (December 2005)

2005    Presentation/Moderator, *The Ethics of Practice Management*, Missouri Bar Telephone Seminar (December 2005)

2005    Presentation, *Annual Training for Discipline System: Multijurisdictional Practice Issues*, Office of Chief Disciplinary Counsel for the Supreme Court of Missouri, St. Louis, Missouri (October 2005)

2005    Presentation, *The Ethics of Bluffing*, Lawyers Professionalism and Ethics Committee, DRI Annual Meeting, Chicago, Illinois (October 2005)

2005    Presentation, *Current Ethics Issues: Multijurisdictional Practice Issues*, Bar Association of Metropolitan St. Louis Telephone Seminar (July 2005)

2005    Presentation, *Confidentiality and Conflict Issues for Environmental Attorneys and Experts*, National Ground Water Association Ground Water and Environmental Law Conference, Baltimore, Maryland (July 2005)

2005    Presentation, *Key Ethical Issues*, Bar Association of Metropolitan St. Louis Telephone Seminar (June 2005)

2005    Presentation, *Multijurisdictional Practice Issues,* 19th Annual What's New in Legal Ethics Seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2005)

2005    Presentation, *Managing Ethical Issues in Your Day-to-Day Practice in Missouri: Advertise Your Services Without Fear & Key Ethical Issues*, National Business Institute, St. Louis, Missouri (June 2005)

2005    Presentation, *The Ethics of Preparing and Using Surveys in a Law Practice*, American Bar Association Law Practice Management Section meeting, Orlando, Florida (May 2005)

2005    Presentation, *Ethics in the House 2005*, Fox Galvin, LLC, St. Louis, Missouri (April 2005)

2004    Presentation/Moderator, *The Ethics of Practice Management: Playing by the Rules*, Missouri Bar Telephone Seminar (December 2004)

2004    Presentation, *Maritime Law Seminar: Attorney Ethical Conflicts in the Maritime Setting*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (November 2004)

2004    Presentation, *Ethics for Young Attorneys*, Bar Association of Metropolitan St. Louis, St. Louis Missouri (October 2004)

2004    Panelist, *Black, White or Shades of Gray: The Ethics of Negotiation*, Missouri Bar/Missouri Judicial Conference Annual Meeting, St. Louis, Missouri (September 2004)

2004    Presentation, *Ethical Responsibilities of Legal Assistants*, NALS of Missouri, St. Louis, Missouri (September 2004)

2004    Presentation/Moderator, *Town Forum on the Proposed Changes to Missouri Supreme Court Rules 7.1-7.3 on Lawyer Advertising*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (September 2004)

2004    Presentation, *How to Practice Ethically in Both Missouri and Illinois*, 18th Annual What's New in Legal Ethics seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2004)

2003    Presentation, *Are the Revised Model Rules Treating Law as a Business? A Discussion of the Implications for Missouri Lawyers*, Missouri Bar Professionalism Committee, Jefferson City, Missouri (November 2003)

2003    Presentation, *Ethics in the House*, Fox Galvin LLC, St. Louis, Missouri

2003    Presentation, *Strength in Numbers: The Paralegal's Guide to Conducting Discovery in Class Action Lawsuits*, Institute for Paralegal Education, St. Louis, Missouri (September 2003)

2003    Presentation, *Communications with Clients, the Courts, and Others*, 17th Annual What's New in Legal Ethics seminar, Bar Association of Metropolitan St. Louis, St. Louis, Missouri (June 2003)

2002    Presentation, *Ethics in Litigation*, Bar Association of Metropolitan St. Louis, St. Louis, Missouri

2000    Presentation, *Is E-Mail Open Mail? Issues of Privacy, Confidentiality, & Security*, Greater St. Louis Legal Secretaries Association, St. Louis, Missouri

**On Accounting Ethics & Risk Management**

2012    Presentation, *CPA Ethics 2012*, Brown Smith Wallace LLC, St. Louis, Missouri (December 2012)

2012    Presentation, *Current Ethical Issues: Scenarios & Solutions*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (November 2012)

2012    Presentation, *CPA Ethics 2012*, Stone Carlie, St. Louis, Missouri (November 2012)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 37 of 49

2012   Presentation, *CPA Ethics 2012*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2012)

2012   Presentation, *Accounting Ethics: Nonprofits*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (October 2012)

2012   Presentation, *Accounting Ethics*, Boeing Company, St. Louis, Missouri (October 2012)

2012   Presentation, *CPA Ethics 2012*, Conner Ash P.C., St. Louis, Missouri (October 2012)

2012   Presentation, *Ethics for Tax Professionals*, Deloitte LLP, St. Louis, Missouri (August 2012)

2012   Presentation, *CPA Ethics 2012*, Hochschild, Bloom & Co. LLP, St. Louis, Missouri (August 2012)

2012   Presentation, *Ethical Challenges Faced by CPAs in Practice*, Beta Alpha Psi 2012 Missouri Valley Regional Meeting, St. Louis, Missouri (March 2012)

2011   Presentation, *CPA Ethics 2011*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (December 2011)

2011   Presentation, *CPA Ethics 2011*, Hochschild, Bloom & Co. LLP, St. Louis, Missouri (December 2011)

2011   Presentation, *CPA Ethics 2011*, Brown Smith Wallace LLC, St. Louis, Missouri (December 2011)

2011   Presentation, *CPA Ethics 2011*, St. Louis Society of Women Certified Public Accountants, St. Louis, Missouri (November 2011)

2011   Presentation, *CPA Ethics 2011*, Missouri Society of Certified Public Accountants, Columbia, Missouri (November 2011)

2011   Presentation, *CPA Ethics 2011*, Missouri Society of Certified Public Accountants Accounting & Technology Conference, St. Louis, Missouri (November 2011)

2011   Presentation, *CPA Ethics 2011*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2011)

2011   Presentation, *CPA Ethics 2011*, Stone Carlie, St. Louis, Missouri (November 2011)

2011   Presentation, *CPA Ethics 2011*, Conner Ash P.C., St. Louis, Missouri (October 2011)

2011   Presentation, *CPA Ethics 2011*, Lopata Flegel & Company LLP, St. Louis, Missouri (October 2011)

2011   Presentation, *CPA Ethics 2011*, Anders Minkler Diehl LLP, St. Louis, Missouri (September 2011)

2010   Presentation, *CPA Ethics 2010*, Brown Smith Wallace LLC, St. Louis, Missouri (December 2010)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 38 of 49

2010    Presentation, *Ethical & Profitable Accounting in a Wireless World*, 2010 AccountingToday Profitability & Growth Summit, Las Vegas, Nevada (November 2010)

2010    Presentation, *CPA Ethics 2010*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (November 2010) (three presentations)

2010    Presentation, *Ethics*, Missouri Society of Certified Public Accountants, Cape Girardeau, Missouri (November 2010)

2010    Presentation, *CPA Ethics 2010*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2010)

2010    Presentation, *Ethics*, Anders Minkler & Diehl LLP, St. Louis, Missouri (October 2010)

2010    Presentation, *Ethics 2010*, Conner Ash PC, St. Louis, Missouri (October 2010)

2010    Presentation, *Family Law—Malpractice Session*, Illinois CPA Society, Chicago, Illinois (October 2010)

2009    Presentation, *CPA Ethics 2009*, Missouri Society of Certified Public Accountants, Kansas City, Missouri (November 2009)

2009    Presentation, *Ethics—Independence, Objectivity, and Conflicts of Interest*, Grant Thorton, Kansas City, Missouri (November 2009)

2009    Presentation, *CPA Ethics 2009*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (November 2009)

2009    Presentation, *CPA Ethics 2009*, Stone Carlie & Co., St. Louis, Missouri (November 2009)

2009    Presentation, *CPA Ethics 2009*, Missouri Society of Certified Public Accountants, Columbia, Missouri (November 2009)

2009    Presentations, *CPA Ethics 2009*, Missouri Society of Certified Public Accountants, St. Charles, Missouri (November 2009)

2009    Presentation, *CPA Ethics 2009*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2009)

2009    Presentation, *CPA Ethics 2009*, Missouri Society of Certified Public Accountants, Cape Girardeau, Missouri (November 2009)

2008    Presentation, *CPA Ethics 2008*, Missouri Society of Certified Public Accountants, Springfield, Missouri (December 2008)

2008    Presentation, *CPA Ethics 2008*, Missouri Society of Certified Public Accountants, Kansas City, Missouri (December 2008)

2008    Presentation, *CPA Ethics 2008*, Brown Smith Wallace LLC, St. Louis, Missouri (December 2008)

2008    Presentation, *CPA Ethics 2008*, Humes & Barringon, LLP, St. Louis, Missouri (November 2008)

Case 1:05-cv-01437-CKK   Document 88-18   Filed 05/28/18   Page 43 of 58
Case 1:05-cv-01437-RCL   Document 397-28   Filed 06/28/18   Page 43 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 556 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 39 of 49

2008   Presentation, *CPA Ethics 2008*, Stone Carlie & Co., St. Louis, Missouri (November 2008)

2008   Presentation, *CPA Ethics 2008*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (November 2008)

2008   Presentation, *CPA Ethics 2008*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2008)

2008   Presentation, *CPA Management Breakfast Series: CPA Ethics 2008*, St. Louis Community College, St. Louis, Missouri (September 2008)

2008   Presentation, *CPA Ethics: 6 Tips for a Relaxed Mind*, BDO Seidman Alliance, Chicago, Illinois (August 2008)

2008   Presentation, *CPA Ethics 2008*, BKD LLP Audit Department, St. Louis, Missouri (August 2008)

2008   Presentations, *Managing Liability & Risk in You Practice,* Michigan Association of Certified Public Accountants Summer Management Information Show (June 2008)

2007   Presentation, *CPA Ethics 2007*, Missouri Society of Certified Public Accountants, Springfield, Missouri (December 2007)

2007   Presentation, *CPA Ethics 2007*, Kirkpatrick Phillips Miller, Springfield, Missouri (December 2007)

2007   Presentation, *CPA Ethics 2007*, Missouri Society of Certified Public Accountants, Kansas City, Missouri (December 2007)

2007   Presentation/Moderator, *The Ethics of Practice Management*, Missouri Bar Telephone Seminar (December 2007)

2007   Presentation, *Professional Responsibility and Ethics Issues*, Illinois State Bar Association Basic Skills Program, Chicago, Illinois (December 2007)

2007   Presentation, *CPA Ethics 2007*, Brown Smith Wallace LLC, St. Louis, Missouri (December 2007)

2007   Presentation, *CPA Ethics 2007*, Humes & Barringon, LLP, St. Louis, Missouri (November 2007)

2007   Presentation, *CPA Ethics 2007*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (November 2007)

2007   Presentation, *CPA Ethics 2007*, 2007 Jack Lipsitz Memorial Lectures Series of the Accountants Emergency Assistance Association, St. Louis, Missouri (November 2007)

2007   Presentation, *CPA Ethics 2007*, Jefferson Wells, St. Louis, Missouri (November 2007)

2007   Presentations, *Ethics I and II*, Edward Jones Tax & Legal Professionals Continuing Education Series, Kansas City, Missouri (November 2007)

2007   Presentation, *CPA Ethics 2007*, Brown Smith Wallace LLC, St. Louis, Missouri (November 2007)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 40 of 49

2007    Presentation, *CPA Ethics 2007*, Anders Minkler & Diehl LLP, St. Louis, Missouri (November 2007)

2007    Presentation, *CPA Ethics 2007*, Hochschild, Bloom & Co. LLP, St. Louis, Missouri (October 2007)

2007    Presentation, *CPA Management Breakfast Series: Ethics for CPAs*, St. Louis Community College, St. Louis, Missouri (October 2007)

2007    Presentation, *Ethics for CPAs*, Stone Carlie & Co., St. Louis, Missouri (August 2007)

2007    Presentation, *Comparative Professional Ethics: Lawyers & CPAs*, Comparative Professional Ethics Class, Washington University School of Law, St. Louis, Missouri (March 2007)

2006    Presentation, *Ethics for CPAs*, Missouri Society of Certified Public Accountants, Kansas City, Missouri (December 2006)

2006    Presentation, *Ethics for CPAs*, Humes & Barrington, LLP, St. Louis, Missouri (December 2006)

2006    Presentation, *Ethics for CPAs*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (December 2006)

2006    Presentation, *Ethics for CPAs*, Brown Smith Wallace, LLC, St. Louis, Missouri (December 2006)

2006    Presentation, *Ethics for CPAs*, Brown Smith Wallace, LLC, St. Louis, Missouri (November 2006)

2006    Presentation, *Ethics for CPAs*, Anders Minkler & Diehl LLP, St. Louis, Missouri (November 2006)

2006    Presentation, *CPA Management Breakfast Series: Ethics Update for CPAs*, St. Louis Community College, St. Louis, Missouri (September 2006)

2006    Presentation, *Current Ethical Issues for Missouri CPAs*, 2006 Annual Members Convention, Missouri Society of Certified Public Accountants, Lake Ozarks, Missouri (June 2006)

2005    Presentation, *Ethical Pitfalls 2005*, Missouri Society of Certified Public Accountants, St. Louis, Missouri (December 2005)

2005    Presentation, *Ethical Pitfalls 2005*, Missouri Society of Certified Public Accountants, Cape Girardeau, Missouri (December 2005)

2005    Presentation, *Ethical Pitfalls—Vintage 2005*, Brown Smith Wallace, LLC, St. Louis, Missouri (December 2005)

2005    Presentation, *Ethical Pitfalls 2005*, Missouri Society of Certified Public Accountants, Columbia, Missouri (December 2005)

2005    Presentation, *Ethical Pitfalls 2005*, Missouri Society of Certified Public Accountants, Springfield, Missouri (December 2005)

2005    Presentation, *Ethical Pitfalls 2005 for Hochschild, Bloom & Co.*, Hochschild, Bloom & Co. LLP, St. Louis, Missouri (November 2005)

2005 Presentation, *CPA Management Breakfast Series: Accounting Ethics at Dawn*, St. Louis Community College, St. Louis, Missouri (November 2005)

2005 Presentation, *Ethics for Internal Auditors*, Institute of Internal Auditors, Jefferson City, Missouri (November 2005)

2005 Presentation, *Ethical Pitfalls—Vintage 2005*, Brown Smith Wallace, LLC, St. Louis, Missouri (November 2005)

2005 Presentation, *Ethical Pitfalls—Vintage 2005,* Anders Minkler & Diehl LLP, St. Louis, Missouri (October 2005)

2005 Presentation, *Ethics for Tax Accountants*, 2005 Jack Lipsitz Memorial Lectures Series of the Accountants Emergency Assistance Association, St. Louis, Missouri (October 2005)

2005 Presentation, *Current Ethics Issues: Multijurisdictional Practice Issues*, Bar Association of Metropolitan St. Louis Telephone Seminar (July 2005)

2004 Presentation, *CPA Management Breakfast Series: Accounting Ethics—Inside, Outside, Upside Down*, St. Louis Community College, St. Louis, Missouri (December 2004)

2004 Presentations, *Avoiding Ethical Pitfalls*, Hochschild, Bloom & Co. LLP, St. Louis, Missouri (December 2004)

2004 Presentations, *Avoiding Ethical Pitfalls*, UHY Advisors, St. Louis, Missouri (November and December 2004)

2004 Presentations, *Avoiding Ethical Pitfalls*, Missouri Society of Certified Public Accountants, Cape Girardeau, Missouri (October 2004) and Kansas City and St. Louis, Missouri (November 2004)

2003 Presentation, *CPA Management Breakfast Series: Avoiding Ethical Pitfalls*, St. Louis Community College, St. Louis, Missouri (December 2003)

**On Other Topics**

2016 Presentation, *Governmental Ethics: Avoiding Conflicts of Interest*, Municipal Officers Training Academy, St. Louis, Missouri (February 2016)

2014 Presentation, *The Future of Legal Education: Continuing Progress*, St. Louis University School of Law, St. Louis, Missouri (April 2014)

2013 Presentation, *Business Ethics for Healthcare Professionals*, HFMA Southern Illinois Chapter, O'Fallon, Illinois (November 2013)

2013 Presentation, *Growing the ABA by Leveraging Section Strengths*, ABA Section Officers Conference, Chicago, Illinois (September 2013)

2013 Presentation *Civil Rights and the War on Terror*, Congregational Summer Assembly mens' group, Frankfort, Michigan (July 2013)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 42 of 49

2011    Presentations, *Creating an Ethics & Compliance Program, The Role of Fiduciary,* and *Preventing Fraud,* St. Louis University Executive Certificate In Corporate Ethics & Compliance Management (August 2011)

2011    Presentation, *How to Use Powerpoint I,* Hinshaw & Culbertson LLP, St. Louis, Missouri (February 2011)

2010    Presentation, *Fiduciaries: Are You One and What Does That Mean,* Estate Planning Counsel of St. Louis (September 2010)

2008    Presentation, *Ethics for Entrepreneur,* Center for Emerging Technologies, St. Louis, Missouri (November 2008)

2007    Judge for *Demonstration Daubert Hearing,* Seventeenth Annual Association for Environmental Health and Science Meeting and West Coast Conference, San Diego, California (March 2007)

2007    Presentation, *Ethics and Discrimination,* Frontenac Bank, St. Louis, Missouri (February 2007)

2006    Judge for *Mock Daubert Trial,* National Groundwater Association Ground Water and Environmental Law Conference, Chicago, Illinois (July 2006)

2005    Panel Member, *Legal challenges of Missouri's Total Maximum Daily Load (TMDL) 303d list,* Missouri Chamber of Commerce Environmental Conference at the Lake, Osage Beach, Missouri (July 2005)

2003    Presentation, *How to Argue a Motion,* Introduction to U.S. Law & Methods Course, Washington University School of Law, St. Louis, Missouri

2002    Presentation, *Confidentiality of Medical/Mental Health Records,* Medical Educational Services, Inc. (MEDS)/Professional Development Network (PDN), Clayton, Missouri

2001    Presentation, *Oral Argument,* Appellate Advocacy Seminar, Washington University School of Law

2001    Presentation, *HIPAA & Other Legal Requirements for Computerized Medical Records in Nebraska,* Lorman Education Services, Omaha, Nebraska


**PROFESSIONAL INVOLVEMENT**

1998-   AMERICAN BAR ASSOCIATION

        Member, ABA Task Force on the Future of Legal Education, 2012-2014
        Member, ABA Commission on Ethics 20/20 Technology Working Group, 2010-13
        Class Representative, Section Officers Committee (Secretaries), 2010-11
        Member, Executive Committee for the Section Officers Committee, 2010-11

        Law Practice Division (Law Practice Management Section until 2013)
                Chair 2013-14
                Chair Elect 2012-13
                Vice Chair 2011-12

Case 1:05-cv-01437-RCL Document 597-28 Filed 06/28/18 Page 47 of 58
Case 1:05-cv-01437-RCL Document 597-28 Filed 06/28/18 Page 47 of 58
USCA Case #18-7004 Document #1732051 Filed: 05/21/2018 Page 560 of 572
Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 43 of 49

           Secretary 2010-11
           Section Council 2008-10
           ABA TECHSHOW 2017 Vice-Chair 2016- and Planning Board Member 2016-
           Ethics Task Force Chair 2011-12, 2014- and Member 2011-
           Strategy & Planning Committee 2010-12
           Education Board Co-Chair 2007-8 and Member 2004-08
           Publication Board 2008-09
           Marketing and Membership Committee Member 2004-07, 2009-10
           Leadership Mentee 2004-06

        Center for Professional Responsibility
           Standing Committee on Lawyer Discipline Member 2016-
           Ethics and Technology Committee Chair 2006-09 and Member 2005-09
           Center Coordinating Council Member 2006-09
           Center Strategic Development Committee Member 2007-10
           Center for Professional Responsibility Membership Committee Member 2004-07
           ABA Canons of Professional Ethics Centennial Planning Committee Member 2007-08
           Chair, Section Officers Committee Task Force on Tax Strategy Patents 2008

        Litigation Section Ethics & Professionalism Committee
           Co-Chair, Legislation and Rules Subcommittee 2008-
           Member, Ad Hoc Committee on ULC Collaborative Law Model Act 2008

1998-   MISSOURI BAR ASSOCIATION
       Joint Task Force of the Supreme Court of Missouri and The Missouri Bar on the Future of the
          Profession Member 2015-16
       Missouri Bar "Ethics 2005" Committee Member 2005-06
       Special Committee on Lawyer Advertising Member 2004-06, 2007-09
       Helped evaluate proposed mandatory professionalism training program as member of the
       Professionalism Committee 2002

2005-   MISSOURI SUPREME COURT, Jefferson City, Missouri
2008    Disciplinary Hearing Officer appointed to preside over attorney discipline cases

2003-   ASSOCIATION OF PROFESSIONAL RESPONSIBILITY LAWYERS
       Member, WebSite Committee 2006-08 and Member, Programs Committee 2008-10

2003-   DEFENSE RESEARCH INSTITUTE
2015    Lawyers Professionalism & Ethics Committee Co-Chair of Programs 2006-07, 2009-10 and
       Member 2004-15

2000-   WASHINGTON UNIVERSITY SCHOOL OF LAW ALUMNI ASSOCIATION
2008    Alumni Executive Committee Member 2000-8
       Young Alumni Committee Chair 2001-04 and Member 2001-05

1999-   BAR ASSOCIATION OF METROPOLITAN ST. LOUIS
       Professionalism and Ethics Committee Chair 2003-06, Vice Chair 2001-03, and Member 1999-

1999-   ILLINOIS STATE BAR ASSOCIATION
       Draft and prepare ethics advisory opinions as a member of the Standing Committee on
       Professional Conduct 2003-10, 2012-16, Chair 2008-09

Case 1:15-cv-01437-RCL   Document 59-18   Filed 06/20/18   Page 48 of 58
Case 1:15-cv-01437-RCL   Document 59-18   Filed 06/20/18   Page 48 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 561 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 44 of 49

Serve on the Standing Committee on Law Office Management & Economics 1014-

**MEDIA APPEARANCES (Not on Client Matters)**

2016    Quoted in *In Lee's Summit school district feud, board member and superintendent trade calls to resign*, Kansas City Star (March 23, 2016)

2016    Quoted in *Conflicts of Interest: 3M's Delay in Protesting Conflict Dooms DQ Motion*, 32 ABA/BNA Lawyers Manual of Professional Conduct 111 (February 24, 2016)

2016    Quoted in *Twitter plays key role for Steven Avery's lawyer*, USA Today Network (January 27, 2016)

2015    Quoted in *How To Avoid The Naughty List While Filling Clients' Stockings*, Law360 (December 17, 2015)

2015    Quoted in *Dewey-Era Decadence Still Alive and Well at BigLaw*, Law 360 (June 12, 2015)

2015    Quoted in *Lincoln County murder retrial hearing to examine testimony, possibly prosecutor's conduct*, St. Louis Post Dispatch (June 5, 2015)

2015    Quoted in *Online Marketing Can Lead to Inadvertent Revelations*, Motherboard (May 14, 2015)

2015    Quoted in *A web of lawyers play different roles in different courts*, St. Louis Post Dispatch (March 29, 2015)

2015    Quoted in *The ethics behind fixing tickets in Missouri*, Missouri Lawyers Weekly (March 19, 2015)

2015    Quoted in *Ferguson judge criticized as revenue generator who helped bring in millions*, St. Louis Post Dispatch (March 9, 2015)

2015    Quoted in *Local attorneys question St. Louis newcomers*, Missouri Lawyers Weekly (March 9, 2015)

2015    Interview, *How Michael Downey Started His Solo Practice*, Legal Talk Network (March 5, 2015)

2015    Interview, *New gig for former Armstrong attorneys*, Missouri Lawyers Weekly (February 18, 2015)

2014    Quoted in *How to Build a Book of Business in 5 Painless Steps*, Law360 (December 5, 2014)

2014    Quoted in *Supreme Court takes increasing interest in attorney discipline*, Missouri Lawyers Weekly (November 11, 2014)

2014    Quoted in *Ferguson case tests rule on attorneys public comments*, Missouri Lawyers Weekly (October 31, 2014)

2014    Quoted in *The Ghost Writing Debate Continues*, Litigation News (Fall 2014)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 45 of 49

2014    Quoted in *At Your Service, Legally*, The Dollar Business (September 2014)

2014    Quoted in *How We Kill: the State of the Death Penalty*, St. Louis Magazine (April 25, 2014)

2014    Quoted in *This Scam Alert Went Unheeded*, Legal Times (March 31, 2014)

2013    Quoted in *Pay Peril: Attorneys can run into trouble when fee payers try to get creative*, Missouri Lawyers Weekly (December 30, 2013)

2013    Quoted in *Can You Tell Your Client to Clean Up Their Facebook Pages*, Litigation News (Fall 2013)

2013    Quoted in *New rules on client trust accounts take effect*, Missouri Lawyers Weekly (August 23, 2013)

2013    Quoted in *Legality of legal advertising disclaimer disputed*, Missouri Lawyers Weekly (July 22, 2013)

2013    Quoted in *Tips for staying ethical online*, Missouri Lawyers Weekly (June 24, 2013)

2013    Quoted in *May Judges "Friend" Attorneys on Social Media?*, Litigation News (Spring 2013)

2013    Quoted in *Judges Cracking Under Pressure*, National Law Journal (April 22, 2013); reprinted as *Legal Experts Say Judges Cracking from Presentation*, Legal Intelligencer (April 24, 2013)

2013    Quoted in *ABA's 20/20 Commission proposes final changes*, Missouri Lawyers Weekly (March 9, 2013)

2013    Quoted in *ABA Tells Judges to 'Tweet,' 'Friend' and 'Like' With Caution*, National Law Journal (February 26, 2013)

2013    Quoted in *A Call for Drastic Changes in Educating New Lawyers*, New York Times (February 10, 2013)

2013    Quoted in *Trust but Verify*, Missouri Lawyers Weekly (January 28, 2013)

2013    Quoted in *Kent Syverud, Lawyer of the Year,* Missouri Lawyers Weekly (January 28, 2013)

2013    Quoted in *To safeguard money, lawyers must think like business owners*, Missouri Lawyers Weekly (January 25, 2013)

2012    Quoted in *Customers are always right when they praise your firm*, Missouri Lawyers Weekly (December 31, 2012)

2012    Quoted in *Fix-it Man*, Missouri Lawyers Weekly (December 24, 2012)

2012    Quoted in *Tweeting the law: St. Louis prosecutor gets praise and criticism*, St. Louis Post Dispatch (December 2, 2012)

2012    Quoted in *Lawyer Websites: The New Yellow Pages*, Illinois State Bar Journal (August 2012)

2012    Quoted in *Ethical Pitfalls in Question-and-Answer Websites*, Litigation News (Summer 2012)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 46 of 49

2012    Quoted in *$5.8M judgment shows perils of oversight*, Missouri Lawyers Weekly (May 14, 2012)

2012    Quoted in *Law Firm Names: An Explanation*, WSJ Law Blog (February 9, 2012)

2012    Quoted in *Missouri legal malpractice: Claims of lawyers' mistakes grow costlier*, Missouri Lawyers Media (January 20, 2012)

2011    Quoted in *An attorney free-for-all*, National Law Journal (December 19, 2011)

2011    Quoted in *Law Life: Discarded laptops, flash drives create ethical obligations for lawyers*, Detroit Legal News (November 28, 2011)

2011    Quoted in *Oops: Claims of Lawyers' Mistakes Grow Costlier*, Missouri Lawyers Weekly (Oct. 10, 2011)

2011    Quoted in *Friending Your Enemies, Tweetings Your Trials: Using Social Media Ethically*, Illinois Bar Journal (October 2011)

2011    Referenced in *Ethics 20/20 Commission Approves Release of Draft to Allow Nonlawyer Owners in Firms*, ABA/BNA Lawyers Manual on Professional Conduct (August 17, 2011)

2011    Quoted in *License Suspended?*, Missouri Lawyers Weekly (August 15, 2011)

2011    Quoted in *Paralegal site charged with unauthorized practice of law*, Lawyers USA (June 1, 2011)

2011    Quoted in *Lingering Signs of Attorney Job Frustration*, Litigation News (Spring 2011)

2011    Quoted in *The Lowdown on LPM: System Stirs Buzz, But Does it have Bite?*, ABA Journal (May 2011)

2011    Quoted in *Cape Girardeau County prosecutor says recusal in Buerkle case fitting, declines to discuss conflict*, Southeast Missourian (January 6, 2011)

2011    Quoted in *Ethics in the age of Twitter*, Illinois Bar Journal (January 2011)

2010    Quoted in *Yellow Pages Starting to Fade,* Missouri Lawyers Weekly (December 6, 2010)

2010    Quoted in *Law Life: Discarded laptops, flash drives may impose ethical obligations on attorneys*, LegalNews.com (November 25, 2010)

2010    Quoted in *Discarded laptops, flash drives may impose ethical obligations on attorneys*, Lawyers USA (November 16, 2010)

2010    Quoted in *Website infraction leads to lawyer discipline*, Lawyers USA (November 5, 2010)

2010    Quoted in *Don't answer that chat room question*, Missouri Lawyers Weekly (October 5, 2010)

2010    Quoted in *ABA weighs in on ethical pitfalls of online legal marketing*, Missouri Lawyers Media (October 4, 2010)

2010    Quoted in *New lawyer advertising rules put on hold*, Lawyers USA (August 2010)

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 47 of 49

2010     Quoted in *Law Firm Didn't Violate Confidentiality of Partner Who Used Crack Cocaine, Court Rules*, National Law Journal (July 16, 2010)

2010     Quoted in *The ethics of Web 2.0*, Lawyers USA (July 2010)

2010     Quoted in *Nine Kinds of Clients to Avoid*, Missouri Lawyers Weekly (June 28, 2010)

2010     Quoted in *Avoiding Withdrawal Pains*, Illinois Bar Journal (May 2010)

2010     Quoted in *Risk-Averse Lawyers Surf Net Into Stormy Ethical Seas*, ABA Journal Online (May 13, 2010)

2010     Quoted in *Lawyers' Ethical Stumbles Increase Online*, National Law Journal (May 11, 2010)

2010     Quoted in *Does Connecticut Hate the Net*, ABA Journal (April 2010)

2010     Quoted in *What should the judicial system in Missouri do to halt a rash of thefts by court clerks?*, Missouri Lawyers' Media (February 22, 2010)

2009     Quoted in *Tight times tempt lawyers to cut corners*, St. Louis Daily Record (December 21, 2009)

2009     Quoted in *Texting your clients: convenient, yes, but risky too*, Lawyers USA (November 15, 2009)

2009     Quoted in *Law firms vulnerable to embezzlement*, Michigan Lawyers Weekly (October 26, 2009)

2009     Guest on *Social Media Crashes The Courtroom*, NPR's Talk of the Nation (September 17, 2009)

2009     Quoted in *What happens to a firm if a lawyer doesn't file taxes?*, Minnesota Lawyer (September 7, 2009; also published in the South Carolina Lawyers Weekly (October 19, 2009)

2009     Quoted in *A Legal Battle: Online Attitude v. Rules of the Bar*, New York Times (September 13, 2009)

2009     Quoted in *Listserv postings raise ethical issues*, Lawyers USA (August 2009)

2009     Quoted in *Law firms make easy pickings for embezzlers*, National Law Journal (June 8, 2009)

2009     Quoted in *Take a break, advises Missouri attorney*, Missouri Lawyers Weekly (May 21, 2009)

2009     Quoted in *Downey explores dangers of online networking*, Missouri Lawyers Weekly (April 13, 2009); modified version of article published as *The dangers of online networking*, Lawyers USA (April 13, 2009)

2009     Quoted in *Federal judges approve new conduct rules*, St. Louis Daily Record (March 24, 2009)

2009     Quoted in *Doing Well By Doing Good: Volunteering on community boards gets your name out*, Missouri Lawyers Weekly (February 23, 2009)

2009     Quoted in *Clients, Law Firms Get 'Savage' As Legal Malpractice Claims Increase*, ABA Journal (On-Line February 17, 2009)

2009    Quoted in *Hot or not? What Missouri lawyers expect to be up, down legal areas in 2009*, Kansas City Daily Record (January 5, 2009)

2009    Quoted in *Missouri law firms to increase focus on value, strategy*, Kansas City Daily Record (January 5, 2009)

2008    Quoted in *Observers Mull Impacts of Multinational Practice and Suggest Possible Alternatives*, ABA/BNA Reporter (December 2008)

2008    Quoted in *Web-Scamming the Lawyers: Even attorneys can be bilked in phony-check schemes*, ABA Journal (November 2008)

2008    Quoted in *Not rich? You still need a will*, MSN Money (March 4, 2008)

2007    Quoted in *A Need for a Will? Often, There's an Online Way*, New York Times (October 14, 2007)

2007    Quoted in *What's Your Duty Under Himmel*, Illinois Bar Journal (June 2007)

2007    Appeared and quoted in *Client case information from disbarred lawyer is found discarded*, KMOV-TV News 4 Evening News at 6 PM and 10 PM (broadcast March 19, 2007)

2007    Quoted in *Supreme Court passes overhaul of ethics guidelines*, Missouri Lawyers Weekly (March 19, 2007)

2007    Quoted in *Client surveys slow to catch on as a legal marketing tool*, Lawyers' Weekly USA (January 29, 2007)

2006    Quoted in *Does a Sitting Judge Have a Right to Write?* St. Louis Daily Record (December 29, 2006)

2006    Quoted in *Attorneys may review 'metadata,' ABA says*, St. Louis Daily Record (November 11, 2006)

2006    Quoted in *The Scarlet D: Court to consider placing disciplinary records online*, Missouri Lawyers Weekly (March 27, 2006)

2005    Quoted in *Spam I Am: Mass E-Mail Marketing Can Make Sense, But it Can Be Solicitation in Some States*, ABA Journal (January 2005)

2004    Quoted in *Standing out in the crowd gets harder for lawyers who advertise*, Chicago Daily Law Bulletin (September 8, 2004)

2004    Quoted in *SEC ruling could blur attorney-client confidentiality*, St. Louis Business Journal, St. Louis, Missouri (January 12, 2004); article also appeared in the East Bay (California) Business Journal (March 1, 2004) Nashville Business Journal (March 26, 2004); and Business First of Columbus (Ohio) (April 19, 2004)

2003    Appeared and quoted in *Missouri Lawyers' Weekly* segment on Lawyer Advertising, KTVI Fox 2 News at 9 PM, St. Louis, Missouri (broadcast December 17, 2003)

Case 1:18-cv-00043-CKK   Document 89-19   Filed 06/20/18   Page 53 of 58
Case 1:05-cv-01437-RCL   Document 597-28   Filed 05/28/18   Page 53 of 58
USCA Case #18-7004   Document #1732051   Filed: 05/21/2018   Page 566 of 572

Curriculum Vitae of Michael P. Downey
September 21, 2016
Page 49 of 49

## RULEMAKING ACTIVITIES

2013    Submission as Chair-Elect of the ABA Law Practice Division to amend ABA Model Rule of Professional Conduct 1.17 (August 2013)

2010    Testimony to the American Bar Association Commission on Ethics 20/20 regarding technology issues for solo practitioners

2009    Consultant and primary author, Missouri Public Service Commission Ex Parte and Extra-Record Communications Rule (codified as 4 CSR 240-4.020)

2007    Letter to the Missouri Bar regarding proposed rules relating to limited scope engagements

2004    Letters to the Missouri Bar regarding possible adoption of proposed changes to the Missouri Supreme Court Rules on Advertising, Rules 4-7.1 to 4-7.3 (co-author)

2003    Letter to the Missouri Bar regarding possible adoption of August 2003 amendments to Model Rules of Professional Conduct 1.6 and 1.13 (primary author)

2003    Letter to the Missouri State Board of Accountancy regarding possible adoption of AICPA Code of Professional Conduct as ethical code for Missouri accountants

## HONORS & AWARDS

2015    Named a Fellow in the College of Law Practice Management

2014-    Named a "Super Lawyer" by *Super Lawyers* magazine
         *Top 50 Lawyer in St. Louis* (2015)

2013    Named a "2014 Most Influential Lawyer" by *Missouri Lawyers Weekly*

2013-    Rated AV by Martindale-Hubbell

2013    Distinguished Legal Writing Award from the Burton Awards for Legal Achievement for the article *Ethical Rules for Litigating in the Court of Public Opinion*

2005    Inaugural Fellow, First Annual Workshop on Teaching Ethics and Professionalism, National Institute for the Teaching of Ethics and Professionalism, Atlanta, Georgia

#            #            #

Case 1:05-cv-00437-CKK   Document 597-28   Filed 06/28/18   Page 54 of 58
Case 1:05-cv-01437-RCL   Document 597-28   Filed 06/28/18   Page 54 of 58
USCA Case #18-7004      Document #1732051      Filed: 05/21/2018      Page 567 of 572



**MICHAEL P. DOWNEY**
Downey Law Group LLC
49 North Gore Avenue, Suite 2
St. Louis, Missouri 63119
(314) 961-6644 main
(314) 482-5449 direct/cell
mdowney@downeylawgroup.com

## TESTIMONY AS EXPERT WITNESS
## AS OF SEPTEMBER 2016

### In-Person (before Tribunal or at Deposition)

1.      *Ron Cote v. Hazelton & Laner*, Case No. 14BA-CV04154 (Circuit Court of Boone County, Missouri 2016). Provided deposition testimony regarding formation of the attorney-client relationship, duties owed to clients and non-clients, and standard of care issues in a malpractice case relating to the transfer of a business. Retained by defendants' counsel Fox Galvin LLC (contact Erica Reynolds).

2.      *AAA Arbitration No. 14-194-00075-13* (2016). Prepare report and testify regarding duty of partner to disclose information regarding clients' malfeasance to partners; formation of the attorney-client relationship; duty to resign from firm when indicted; and duty not to use client-related information to disadvantage of client. Retained by Jacobs Law Group (contact Gene Linkmeyer).

3.      *Ann Greenspan v. Aaron Greenspan*, Case No. 1522-PN01941 (Circuit Court of the City of St. Louis, Missouri 2015). Testified in opposition to motion to disqualify based upon meeting with prospective but declined client. Retained by Hais Hais & Goldberger PC (contact Sam Hais).

4.      *Daniel Finney v. Russell Watters et al.*, Case No. 1222-CC09426 (Circuit Court of the City of St. Louis, Missouri 2014). Provided deposition testimony primarily regarding a lawyer's duties of candor to a tribunal and to third parties and regarding conflict of interest issues in a lawsuit brought against another attorney for malicious prosecution and fraud. Retained by plaintiff Daniel Finney, attorney litigating *pro se*.

5.      *In re Revocation of Permit No. 84777, New Life Evangelical Center, Respondent* (St. Louis City Board of Public Service, Missouri 2014). Testified at a public hearing regarding conflict of interest rules for a lawyer who moves from government to private practice in opposition to motion to disqualify filed by respondent. Retained by petitioner's counsel Bick & Kistner (contact Elkin Kistner).

6.      *Cockriel & Christofferson, LLC v. Bowlin,* Case No. 12 SL-CC03097 (Circuit Court of St. Louis County, Missouri 2012 and 2013). Provided deposition testimony regarding

Case 1:05-cv-00437-CKK   Document 99-12   Filed 06/28/18   Page 55 of 58
Case 1:18-cv-01437-RCL   Document 99-12   Filed 06/28/18   Page 55 of 58
USCA Case #18-7004      Document #1732051      Filed: 05/21/2018      Page 568 of 572

standard of care and fiduciary duties relating to investigation of a client's case and relating to billing for legal services; testified in court proceeding regarding law firm's attempt to recover attorney fees on their engagement agreement. Retained by defendant/counterclaimant's counsel the Kirksey Law Firm (contact Jay Kirksey).

7.      *Estate of Bonifer v. Kullman, Klein & Dioneda,* Case No. 11SL-CC02443 (Circuit Court of St. Louis County, Missouri 2012). Provided deposition testimony regarding standard of care and fiduciary duties when plaintiff firm learns its client has died and that spouse may be implicated in death. Retained by plaintiffs' counsel Cosgrove Law, LLC (contact Mary Hodges).

8.      *Choice Homes, LLC v. Capes Sokol Goodman & Sarachan*, Case No. 09SL-CC00574 (Circuit Court of St. Louis County, Missouri 2011). Provided deposition testimony regarding duties of law firm upon realizing it had compromised client's claim. Retained by plaintiffs' counsel Rosenblum Goldenhersh Silverstein & Zafft, P.C. (contact David Oetting).

9.      *Ruzicka v. Orco Investment Company*, Case No. 06CC-000023 (Circuit Court of St. Louis County, Missouri 2008). Prepared expert report and provided deposition testimony regarding ethical and fiduciary obligations of lawyer including when representing a corporation and its shareholder.  Retained by plaintiffs' counsel Foley & Mansfield, PLLP (contact C. Raymond Bell).

10.     *Foner v. Joseph*, Case No. 03FC-012101 (Circuit Court of St. Louis County, Missouri 2007-08). Testified in November 2007 court proceeding and submitted a supplemental expert declaration in January 2008 in response to a motion to disqualify Hais, Hais, Kallen & Goldberger, P.C.  Testimony focused primarily on Missouri Supreme Court Rules 4-1.9 and 4-1.10.  Retained by Hais, Hais, Kallen & Goldberger, P.C. (contact Sam Hais).


**Submission of Report or Affidavit Only**

1.      *Oetting v. Heffler, Radetich & Saitta, LLP*, Case No. 2:11-cv-04757-JD (U.S. District Court, Eastern District of Pennsylvania 2016). Prepared expert report concerning relationship between class action claims administrator and class and fiduciary obligations claims administrator owes to class. Retained by Tomlinson Law, LLC (contact Frank H. Tomlinson).

2.      *D.L. v. District of Columbia*, Civil Action No. 05-1437 (U.S. District Court, District of Columbia 2016). Prepared updated affidavit in support of attorney fee petition from plaintiffs' counsel Terris, Pravlik & Millian, LLP. Retained by Terris Pravlik & Millian, LLP (contact Michael Huang).

3.      *Cori v. Martin*, Case No. 2016 MR 000111 (Circuit Court of Madison County, Illinois) Prepared affidavit in opposition to motion to disqualify counsel, focusing

primarily on Illinois Rule of Professional Conduct 1.9. Retained by Spencer Fane LLP (contact Erik Solverud).

*4.*    [Forthcoming – Missouri arbitration] Prepared affidavit regarding the enforceability of a fee-sharing arrangement between attorneys not associated in the same law firm for an arbitration matter. *Disclosure incomplete because retaining counsel has not yet clarified my obligations under confidentiality requirements.*

5.    *In re Coolfire Media, LLC, Form I-129 Petition for Nonimmigrant Worker* (2015). Prepared affidavit regarding educational and experience requirements for international law clerk. Retained by Hacking Law Practice LLC (contact James Hacking).

6.    *Petition for Fees of Rogers Cartage*, Case No. (Circuit Court of St. Clair County, Illinois 2015). Prepared affidavit in opposition to petition for attorney fees submitted. Retained by Dentons US LLP (contact Geoffrey Repo).

7.    *Monroy v. Hi-Gene's Janitorial Services, Inc.*, Case No. 14-cv-36 (U.S. District Court, Western District of Missouri 2015) Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

8.    *Anderson v. Seasons Care Center, LLC*, Case No. 14-cv-269 (U.S. District Court, Western District of Missouri 2014) Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

9.    *Jancich v. Stonegate Mortgage Corporation,* Case No. 11-CV-2602 (U.S. District Court, District of Kansas 2014) Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

10.    *Montoya v. Nation Pizza Products, L.P.*, Case No. 13-CV-2036 (U.S. District Court, District of Kansas 2014). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

11.    *Marvin M. Klamen v. William K. Halliburton, et al.*, Case No. 11SL-CC01073 (Circuit Court of St. Louis County, Missouri 2014). Prepared an affidavit at the request of defendant's counsel Menees, Whitney, Burnet & Trog (contact Hardy Menees) in support of a response in opposition to a motion for partial summary judgment. The affidavit discussed issues relating to formation of a client-lawyer relationship, obligations owed to a client, the impact of Missouri Rule 4-5.7 on such issues, and a lawyer's duties to a tribunal under Missouri Rules 4-3.1 and 4-3.3.

12.    *Montgomery v. United States of America*, Case No. 14-2437 (U.S. Court of Appeals for the Eighth Circuit 2014). Prepared an affidavit in support of petition for mandamus from petitioner's counsel (contact Kelley J. Henry, Office of the Federal Public Defender, Nashville, Tennessee) regarding conduct of trial counsel during post-conviction proceedings alleging ineffective assistance of that trial counsel.

13.    *Manning v. Federal Savings Bank,* Case No. 12-cv-2640 (U.S. District Court, District of Kansas 2014). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

14.    *Alewel v. Dex One Services, Inc,* Case No. 13-CV-2312 (U.S. District Court, District of Kansas 2014). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

15.    *Jacobs v. Brown Bag Liquor, LLC,* Case No. 2:12-CV-2311 (U.S. District Court, District of Kansas 2013). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

16.    *Barbosa v. National Beef Packing Company, LLC,* Case No. 12-cv-2640 (U.S. District Court, District of Kansas 2013). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

17.    *Shackleford v. Cargill Meat Solutions Corp.*, 12-CV-4065-FJG (U.S. District Court, Western District of Missouri 2013) Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

*18.    State of Missouri v. Haynes,* Case No. 12BA-CR03795 (Circuit Court of Boone County, Missouri 2012). Prepared an affidavit in support of a petition for withdrawal of attorney Rodney Massman (contact at Missouri State Board of Nursing), who had been appointed to represent defendant in a criminal case.

19.    *D.L. v. District of Columbia*, Civil Action No. 05-1437 (U.S. District Court, District of Columbia 2012). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Terris, Pravlik & Millian, LLP (contact Carolyn Smith Pravlik).

20.    *McDonald v. The Kellogg Company*, Case No. 08-CV-2473 JWL-JPO (U.S. District Court, District of Kansas 2012). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady).

21.    *Sanderson v. Unilever Supply Chain, Inc.*, Case No. 10-CV-00775-FJG (U.S. District Court, Western District of Missouri 2011). Prepared an affidavit in support of attorney fee petition from plaintiffs' counsel Brady & Associates (contact Michael Brady) in wage and hour case.

22.    *Fulton v. TLC Lawn Care, Inc.*, Case No. 10-2645-KHV-JPO (U.S. District Court, District of Kansas 2011). Prepared an affidavit in support of attorney fee petition from plaintiff's counsel Brady & Associates (contact Michael Brady).

*23.    Sanderson v. Conopco, Inc.*, Case No. 4:10-CV-775 (U.S. District Court, Western District of Missouri 2011). Prepared an affidavit in support of attorney fee petition from plaintiff's counsel Brady & Associates (contact Michael Brady).

Case 1:18-cv-00043-CKK   Document 99-19   Filed 06/28/18   Page 58 of 58
Case 1:05-cv-01437-RCL   Document 597-28   Filed 05/29/18   Page 58 of 58
USCA Case #18-7004    Document #1732051    Filed: 05/21/2018    Page 571 of 572

24.     *Sokol v. Sachs*, Case No. 0931-CV-02336 (Circuit Court of Green County, Missouri 2009). Prepared an affidavit regarding notice, confidentiality, and related issues that arise when a lawyer leaves a law firm. Retained by defendant Aaron Sachs & Associates and its counsel the Placzek Law Firm (contact Mathew Placzek).

#          #          #