UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-1047 (CKK) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF PATRICK D. LLEWELLYN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Patrick D. Llewellyn, declare that, based on personal knowledge:

1. I am an attorney at Public Citizen Litigation Group, counsel for Plaintiff in this matter. I submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs.

*Qualifications and Billing Rates*

2. I am an attorney admitted to practice in the District of Columbia and before this Court. I am also an inactive member of the State Bar of Georgia, which I was admitted to in 2013.

3. I graduated from Harvard Law School in 2013. From 2013 through 2014, I served as a judicial law clerk in the United States District Court for the Middle District of Tennessee in Nashville, Tennessee. From 2014 through 2015, I served as a judicial law clerk in the United States Court of Appeals for the Ninth Circuit in Pasadena, California.

4. From 2015 through 2017, I was a Staff Attorney and Clinical Teaching Fellow in the Civil Rights Clinic of the Institute for Public Representation at Georgetown University Law Center in Washington, D.C., where I litigated and supervised law students on constitutional and civil rights cases in federal courts across the county. *See, e.g.*, *Quintana v. City of Alexandria*, 692

F. App'x 122 (4th Cir. 2017); *Mencias Avila v. Dailey*, 246 F. Supp. 3d 347 (D.D.C. 2017). In connection with this position, I earned an LL.M. in Advocacy from Georgetown University Law Center in 2017.

5.  I joined Public Citizen Litigation Group in June 2017. At Public Citizen, my practice nearly exclusively involves litigation in federal courts, with an emphasis on litigation under the Freedom of Information Act (FOIA). I have served as lead counsel in several other FOIA matters, many of which are currently pending before this court. *See, e.g.*, *Adelante Ala. Worker Ctr. v. DHS*, No. 17-cv-09557, 2019 WL 1380334 (S.D.N.Y. Mar. 26, 2019); *Kwoka v. IRS*, No. 17-cv-01157, 2018 WL 4681000 (D.D.C. Sept. 28, 2018); *N.Y. Legal Assistance Grp. v. Bd. of Immigration Appeals*, No. 18 Civ. 9495 (PAC) (S.D.N.Y.); *Coleman v. U.S. Dep't of Interior*, No. 18-cv-02089-RC (D.D.C.); *Nat'l Consumer Law Ctr. v. U.S. Dep't of Educ.*, No. 18-cv-10763-IT (D. Mass.); *Surgey v. EPA*, No. 18-cv-00654-TJK (D.D.C.); *Clark v. EPA*, No. 18-cv-00075-DLF (D.D.C.); *Nat'l Immigration Project of the Nat'l Lawyers Guild v. ICE*, No. 17-cv-02448-APM (D.D.C.). I also provide trainings and presentations to lawyers around the country on FOIA.

6.  Throughout this litigation, I have contemporaneously, accurately recorded my time spent on this matter in our office's timekeeping software, including descriptions of the tasks performed in six-minute increments. Exhibit 15 to the contemporaneously filed Declaration of Adam R. Pulver accurately reflects my time entries.

I declare under penalty of perjury that the foregoing is true and accurate

Executed on June 18, 2019

                                                Patrick D. Llewellyn