**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1047 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiff Public Citizen's Motion for Award of Attorneys'

Fees and Costs, and AWARDS Plaintiff $26,302.20, plus reasonable additional fees for additional

work performed in connection with its attorneys' fee motion.


Dated:                                                    _____
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge